IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., <br><br>            Plaintiffs, <br><br>    v. <br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 09-037 (JJF) ) ) ) ) ) ) ) ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Plaintiffs may file a surreply to Defendants' Motion For Transfer Pursuant To 28 U.S.C. § 1404 (D.I. 16);

2. Defendants may, to the extent necessary, file a sur-surreply brief of equal length.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Steven J. Fineman* | */s/ Karen Jacobs Louden* |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| Steven J. Fineman (#4025) | Karen Jacobs Louden (#2881) |
| One Rodney Square | 1201 North Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| cottrell@rlf.com | jblumenfeld@mnat.com |
| fineman@rlf.com | klouden@mnat.com |
| *Attorneys for the Andrx Plaintiffs* | *Attorneys for Plaintiff Sciele Pharma, Inc.* |

2

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

*Attorneys for Defendants*

        SO ORDERED this _____ day of _____, 2009.

                                        _____
                                              Farnan, J.

2861954.1