IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LUPIN, LTD, et al.,<br><br>　　　　Defendants. | Civil No. 09-37 (RBK/JS) |
| SHIONOGI PHARMA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MYLAN, INC., et al.,<br><br>　　　　Defendants. | Civil No. 10-135 (RBK/JS) |

**AMENDED SCHEDULING ORDER**

　　　IT IS this **8th** day of **December, 2011**, hereby **ORDERED**:

　　　1.　The Court has scheduled a telephone status conference for **December 14, 2011 at 4:00 p.m.** Plaintiffs counsel shall initiate the telephone call.

　　　　**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

　　　　　　　　　　　　　　　　　s/ Joel Schneider
　　　　　　　　　　　　　　　　　JOEL SCHNEIDER
　　　　　　　　　　　　　　　　　United States Magistrate Judge