

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

December 8, 2011

**VIA EFILING AND FIRST CLASS MAIL**

The Honorable Robert B. Kugler
USDC for the District of New Jersey
Mitchell H. Cohen Bldg & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ  08101

  Re: *Sciele Pharma Inc., et al. v. Lupin Ltd., et al.*
     *Shionogi Pharma, Inc., et al. v. Mylan Inc., et al.*,
     <u>D.Del., C.A. No. 09-037 (RBK/JS)(consolidated)</u>

Your Honor:

  We are writing on behalf of the Mylan defendants in response to Your Honor's question during the hearing last Friday regarding whether this matter should be reassigned to a Delaware judge.  Mylan's position is that because of Your Honor's familiarity with this case and the fact that a claim construction decision has already issued, it would be preferable not to refer this matter to a Delaware judge at this stage of the litigation.

          Respectfully,

          */s/ Mary B. Matterer*

          Mary B. Matterer (Del I.D. #2696)

MBM/pvs

cc:  All Counsel of Record via e-filing