# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

December 8, 2011

**By Electronic Filing**

The Honorable Robert B. Kugler
United States District Court
 for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 4D
Camden, NJ 08101

    Re: *Shionogi Pharma, Inc. v. Lupin, Ltd. and Shionogi Pharma, Inc. v. Mylan, Inc.*, C.A. No. 09-0037 (RBK) (JS)

Dear Judge Kugler:

  Pursuant to Your Honor's inquiry during the December 2, 2011 hearing, Plaintiffs Shionogi and Andrx believe that it would be preferable not to reassign this action to a Delaware judge in light of Your Honor's familiarity with the case, having presided over claim construction and preliminary injunction proceedings.

              Respectfully,

              */s/ Karen Jacobs Louden*

              Karen Jacobs Louden

KJL/lm
cc: All Counsel of Record (by email)
4645338.1