**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCIELE PHARMA, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. NO. 09-037 (RBK) (JS) |
| | ) | |
| LUPIN LTD., et al., | ) | (CONSOLIDATED) |
| | ) | |
| Defendants. | ) | |
| SHIONOGI INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. NO. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF COUNSEL'S NEW FIRM AFFILIATION**

PLEASE TAKE NOTE that the following counsel *pro hac vice* for Lupin, Ltd. and Lupin Pharmaceuticals, Inc., Douglass C. Hochstetler and Beth D. Jacob, formerly of Schiff Hardin LLP, have changed firm affiliation. Their new firm name and address are as follows:

| | |
|---|---|
| Douglass C. Hochstetler | Beth D. Jacob |
| Kelley Drye & Warren LLP | Kelley Drye & Warren LLP |
| 333 West Wacker Drive | 101 Park Avenue |
| 26th Floor | New York, NY 10178 |
| Chicago, IL 60606 | (212) 808-7624 |
| (312) 258-2629 | bjacob@kelleydrye.com |
| dhochstetler@kelleydrye.com | |

Please adjust your service lists accordingly.

1

| | |
|---|---|
| December 9, 2011 | BAYARD P.A. |
| OF COUNSEL: | |
| | /s/ Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler | Richard D. Kirk (rk0922) |
| Kelley Drye & Warren LLP | Stephen B. Brauerman (sb4952) |
| 333 West Wacker Drive | 222 Delaware Avenue, 9th Floor |
| 26th Floor | P.O. Box 25130 |
| Chicago, IL 60606 | Wilmington, DE 19899-5130 |
| (312) 258-2629 | (302) 655-5000 |
| dhochstetler@kelleydrye.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| Beth D. Jacob | |
| Kelley Drye & Warren LLP | *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| 101 Park Avenue | |
| New York, NY 10178 | |
| (212) 808-7624 | |
| bjacob@kelleydrye.com | |
| | |
| Karen A. Confoy | |
| Erica S. Helms | |
| STERNS & WEINROTH | |
| 50 W. State Street, Ste 1400 | |
| P.O. Box 1298 | |
| Trenton, NJ  08607-1298 | |