## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. NO. 09-037 (RBK) (JS) |
| LUPIN LTD., et al., | ) ) ) | (CONSOLIDATED) |
| Defendants. | ) | |
| SHIONOGI INC., et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. NO. 10-135 (RBK) (JS) |
| MYLAN INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL BY LUPIN DEFENDANTS

PLEASE TAKE NOTICE that defendants Lupin, Ltd. and Lupin Pharmaceuticals, Inc., hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum Opinion and Order of December 6, 2011 [D.I. 279 & 280] granting the motion of Shionogi Pharma Inc. for a preliminary injunction.

[SIGNATURES FOLLOW]

| | |
|---|---|
| December 9, 2011 | BAYARD P.A. |
| OF COUNSEL: | |
| Douglass C. Hochstetler<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>(312) 258-2629<br>dhochstetler@kelleydrye.com | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| Beth D. Jacob<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7624<br>bjacob@kelleydrye.com | *Attorneys for defendants,*<br>*Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| Karen A. Confoy<br>Erica S. Helms<br>Sterns & Weinroth<br>50 W. State Street, Ste 1400<br>P.O. Box 1298<br>Trenton, NJ  08607-1298 | |