IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 09-037 (RBK)(JS)<br>CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN, INC., and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | C.A. No. 10-135 (RBK)(JS) |

**NOTICE OF FILING BOND**

PLEASE TAKE NOTICE that, pursuant to the Court's December 6, 2011 Order (D.I. 280), plaintiff Sciele Pharma, Inc. (n/k/a Shionogi Inc.) has posted a bond as surety for property and Collateral, a copy of which is attached hereto.

<u>**PRELIMINARY INJUNCTION BOND**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SCIELE PHARMA INC.,
(N/K/A SHIONOGI PHARMA INC.),
ANDRX CORPORATION,
ANDRX PHARMACEUTICALS, INC.
(N/K/A WATSON LABORATORIES, INC.,
FLORIDA), ANDRX PHARMACEUTICALS
L.L.C., ANDRX LABORATORIES (NJ), INC.
ANDRX EU LTD., and ANDRX LABS, L.L.C.,

           Plaintiffs,            Civil No. 09-0037 (RBK/JS)

    v.

LUPIN LTD.,
and LUPIN PHARMACEUTICALS, INC.,

and MYLAN INC.,
and MYLAN PHARMACEUTICALS, INC.

           Defendants.

           Bond # __105718301__

KNOW ALL BY THESE PRESENTS:

That we, <u>Shionogi Inc.</u> ("Plaintiff"), as principal, and Travelers Casualty and Surety Company of America, a corporation authorized to transact surety business in the State of Delaware, as surety, are held and firmly bound unto Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Defendants"), as obligee, in the maximum penal sum of Fifteen Million and No/100-------($15,000,000.00) DOLLARS, lawful money of the United States of America, for payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, the above named Plaintiff has duly applied to this Court for a preliminary injunction against the above named Defendants, and the Court has granted such injunction by Order dated December 6, 2011.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH that, if the said Plaintiff shall pay the said Defendants such damages as it sustains by reason of said preliminary injunction if the Court finally decides that the said Plaintiff is not entitled thereto, then this obligation shall be void; otherwise, to remain in force and effect.

IN NO EVENT shall the liability of Travelers Casualty and Surety Company of America exceed the amount of Fifteen Million and No/100---($15,000,000.00) Dollars.

SIGNED AND SEALED this 12th day of December, 2011.

Travelers Casualty and Surety Company of America

By: _Sunaina Shah_   12/12/2011
    Sunaina Shah    Attorney in Fact

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTORNEY-IN-FACT JUSTIFACTION
PRINCIPAL'S ACKNOWLEDGMENT – IF A CORPORATION

State of _____
County of _____

On this _____ day of _____ in the year _____, before me personally appeared _____
_____ to me know, who, being by me duly sworn, deposes and says: That he/she resides in the City of _____ that he/she is the _____ of _____, the corporation described in and which executed the within instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by like order.

Signature_____     Seal

PRINCIPAL'S ACKNOWLEDGMENT – IF INDIVIDUAL OR FIRM

State of _____
County of _____

On this _____ day of _____ in the year _____, before me personally appeared _____
_____ to me known to be (the individual) (one of the firm of _____) described in and who executed the within instrument, and he/she thereupon duly acknowledged to me that he/she executed the same (as the act and deed of said firm).

Signature_____     Seal

SURETY COMPANY'S ACKNOWLEDGMENT

State of _New Jersey_
County of _Middlesex_

On this _12th_ day of _December_ in the year _2011_, before me personally appeared _Sunaina Shah_ to me known, who, being by me duly sworn, did depose and say: That he/she resides in the City of _Edison, N.J._; that he/she is Attorney-in-Fact of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, the corporation described in and which executed the within instrument; that he/she knows the corporate seal of said Company; that **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, is qualified to become and be accepted as surety or guarantor on all bonds, undertakings, recognizances, guaranties, and other obligations required or permitted by law; and that such certificate has not been revoked.

_[signature]_
Notary Public

Donna M. Boehme
Notary Public
State of New Jersey
My Commission Expires February 10, 2016

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY


TRAVELERS

| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Attorney-In Fact No. 222705

Certificate No. 003825483

**KNOW ALL MEN BY THESE PRESENTS:** That St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Dennis J. Chamberlain, Donna M. Boehne, Mark A. Agostinelli, Stephen W. Rogers, Katie J. Madalone, Joseph B. Powers, Claribel Tinoso, Christopher Perry, George Ross, Sunaina Shah, Thomas M. Schlomann, Patricia Gerry, Gina Taibi, Michael Thero, and Marximiliano Pozo

of the City of __Edison__, State of __New Jersey__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __6th__ day of __August__, __2010__.

| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson, Senior Vice President_

On this the __6th__ day of __August__, __2010__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault, Notary Public_

58440-4-09 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

FURTHER RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

FURTHER RESOLVED, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

FURTHER RESOLVED, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 12th day of December, 2011.

Kori M. Johanson, Assistant Secretary

        

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF JUNE 30, 2011

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH AND INVESTED CASH | $ 114,672,285 | UNEARNED PREMIUMS | $ 799,704,160 |
| BONDS | 3,546,592,212 | LOSSES | 941,939,863 |
| INVESTMENT INCOME DUE AND ACCRUED | 48,689,952 | REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ. EXPENSES | 2,254,067 |
| OTHER INVESTED ASSETS | 422,372,168 | LOSS ADJUSTMENT EXPENSES | 518,743,284 |
| PREMIUM BALANCES | 270,891,422 | COMMISSIONS | 21,334,250 |
| NET DEFERRED TAX ASSET | 61,045,090 | TAXES, LICENSES AND FEES | 54,624,698 |
| REINSURANCE RECOVERABLE | 15,379,846 | OTHER EXPENSES | 19,842,342 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 60,449,587 | FUNDS HELD UNDER REINSURANCE TREATIES | 94,887,688 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 5,022,088 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 38,210,145 |
| UNDISTRIBUTED PAYMENTS | 4,508,704 | REMITTANCES AND ITEMS NOT ALLOCATED | 16,181,415 |
| OTHER ASSETS | 12,518 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 28,557,326 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 3,378,189 |
| | | POLICYHOLDER DIVIDENDS | 6,951,585 |
| | | PROVISION FOR REINSURANCE | 5,357,627 |
| | | PAYABLE FOR SECURITIES | 24,698,853 |
| | | PAYABLE FOR SECURITIES LENDING | 5,022,088 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | (36,776,093) |
| | | ESCHEAT LIABILITY | 653,441 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 314,201 |
| | | TOTAL LIABILITIES | $ 2,543,876,949 |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,565,473,163 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 2,005,756,923 |
| TOTAL ASSETS | $ 4,549,633,872 | TOTAL LIABILITIES & SURPLUS | $ 4,549,633,872 |

STATE OF CONNECTICUT )
COUNTY OF HARTFORD ) SS.
CITY OF HARTFORD )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 30TH DAY OF JUNE, 2011.

SECOND VICE PRESIDENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
15TH DAY OF SEPTEMBER, 2011

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2012*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Karen Jacobs Louden* |
| | Jack B. Blumenfeld (#1014) |
| | Karen Jacobs Louden (#2881) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | klouden@mnat.com |
| OF COUNSEL: | *Attorneys for Plaintiff Sciele Pharma, Inc. (n/k/a Shionogi, Inc.)* |
| Christopher R. Noyes | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA  02109 | |
| (617) 626-6000 | |
| | |
| David A. Manspeizer | |
| David B. Bassett | |
| Peter Shen | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 399 Park Avenue | |
| New York, NY  10022 | |
| (212) 230-8800 | |
| | |
| Liza M. Walsh | |
| Rukhsanah Lighari | |
| CONNELL FOLEY LLP | |
| 85 Livingston Avenue | |
| Roseland, NJ  07068 | |
| (201) 521-1000 | |
| | |
| December 12, 2011 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on December 12, 2011 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue – Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>Jason G. Harp, Esquire<br>Kathryn S. Devine, Esquire<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>New York, NY  10103<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street<br>Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Richard Herrmann, Esquire            *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue – Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire            *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire            *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington. DE 19801
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

3

Gary E. Hood, Esquire  *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
161 North Clark Street – Suite 4200
Chicago, IL  60601-3316
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

Robyn H. Ast, Esquire  *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street
Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)