# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al., ) | C.A. No. 09-037 (RBK) (JS) |
| Plaintiffs, ) | (CONSOLIDATED) |
| v. ) | |
| LUPIN LTD., et al., ) | |
| Defendants. ) | |
| SHIONOGI INC., et al., ) | |
| Plaintiffs, ) | |
| v. ) | C.A. NO. 10-135 (RBK) (JS) |
| MYLAN INC., et al., ) | |
| Defendants. ) | |

### LUPIN DEFENDANTS' MOTION TO STAY OR MODIFY ENFORCEMENT OF THE COURT'S PRELIMINARY INJUNCTION ORDER

Defendants Lupin Ltd. and Lupin Pharmaceuticals USA (collectively "Lupin"), by and through their undersigned counsel, hereby respectfully move pursuant to under Rule 62(c) of the Federal Rules of Civil Procedure for an order to stay or modify enforcement of the preliminary injunction entered December 6, 2011 (D.I. 280), pending resolution of their appeal to the Federal Circuit Court of Appeals. The grounds for this Motion are more fully set forth in the accompanying Opening Brief filed contemporaneously herewith.

|  |  |
|---|---|
| | BAYARD P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman (sb4952) |
| | Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler | Stephen B. Brauerman (sb4952) |
| Kelley Drye & Warren LLP | 222 Delaware Avenue, 9th Floor |
| 333 West Wacker Drive | P.O. box 25130 |
| Chicago, IL 60606 | Wilmington, DE 19899-5130 |
| (312) 857-7070 | (302) 655-5000 |
| dhochstetler@kelleydrye.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| Beth D. Jacob | |
| Kelley Drye & Warren LLP | |
| 101 Park Avenue | *Attorneys for Lupin Ltd. and Lupin* |
| New York, NY 10178 | *Pharmaceuticals, Inc.* |
| (212) 808-7800 | |
| bjacob@kelleydrye.com | |

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste. 1400
Trenton, NJ 08607-1298