# EXHIBIT B



EDITION: IN

| Home | Business | Markets | India | World | Tech | Opinion | Breakingviews | Money | Sport & Life | Pictures | Video |

EDITION: IN

# Lupin Ltd (LUPN.NS)

Related Topics: STOCK QUOTES   HEALTHCARE   PHARMACEUTICALS - GENERIC / SPECIALTY

**OVERVIEW**   NEWS   KEY DEVELOPMENTS   PEOPLE   CHARTS   FINANCIALS   OPTIONS   ANALYSTS

| | Price Change (% chg) | Prev Close | Day's High | Volume | 52-wk High |
|---|---|---|---|---|---|
| LUPN.NS on National Stock Exchange of India | Rs-8.35 (-1.92%) | Rs434.80 | Rs433.50 | 1,383,432 | Rs494.00 |
| **426.45**INR | | Open | Day's Low | Avg. Vol | 52-wk Low |
| 13 Dec 2011 | | Rs433.25 | Rs423.35 | 644,075 | Rs363.10 |

Login or register    Latest from My Wire    1 Recent Companies

### LUPN.NS



**ABOUT**

Lupin Limited is an India-based pharmaceutical company. The company produces a range of generic and branded formulations and Active Pharmaceutical Ingredients (APIs). The Company's product basket consists of formulations from Cephalosporins, CVS, CNS, Anti-Asthma, Anti-TB, Diabetology, Dermatology, GI, and other therapy...
(more)

**BUY/SELL**



» Analyst Consensus

**Must Watch Videos**  by Taboola

| OVERALL | | FINANCIALS | | | |
|---|---|---|---|---|---|
| | | | LUPN.NS | Industry | Sector |
| Beta: | 0.45 | | | | |
| Market Cap (Mil.): | Rs194,175.80 | P/E (TTM): | 21.01 | 19.21 | 21.02 |
| Shares Outstanding (Mil.): | 446.59 | EPS (TTM): | 17.00 | -- | -- |
| Dividend: | 3.00 | ROI: | 19.40 | 9.95 | 8.95 |
| Yield (%): | 0.69 | ROE: | 27.32 | 11.80 | 11.14 |

**Canada cracks down on veils**
Reuters India provides top breaking news videos, live news videos online. Reuters is your online source to...

**SEARCH STOCKS**

[ Enter company name or Symbol ]   **SEARCH**

Iran slams U.S. over  |  Weaker economic  |  Deadly explosions r...

**Precious Metal Investing**
Build and Preserve Wealth with Blanchard Precious Metal Investing.
BlanchardOnline.com      AdChoices ▷

**LATEST NEWS ABOUT LUPN.NS**

#### MARKET EYE-Lupin down after US court stays import, sale of Fortamet

Shares of Lupin fell after Shionogi Pharma Inc said a the district court in New Jersey moved a preliminary injunction againt the Indian company to stop importing and selling any the generic version of Type 2 diabetes treatment Fortamet in the United States, two institutional salemen said. Fortamet is a subject of a patent infringement suit between the firms, but the US court denied patent holder Shionogi Pharma Inc's request to recall the generics already in the market. The preliminary injunctio

08 Dec 2011

▼ **EARNINGS VS** ▨ **ESTIMATES**

**Last Five Estimates**

| Q2 | 5.95 | ▼ |
| Q1 | 4.69 | ▼ |
| Q4 | 5.07 | ▼ |
| Q3 | 5 | ▼ |
| Q2 | 4.8 | ▼ |

**Future Estimates**

| Q2 11 | 5.728 |
| Q1 12 | 5.77 |

#### UPDATE 1-Lupin gets U.S. nod for oral antibiotic, shares up

MUMBAI, Dec 2 - Indian drugmaker Lupin will sell the generic version of oral antibiotic Solodyn in the U.S. after it received regulatory nod for the $750-million-a-year drug, it said on Friday.

02 Dec 2011

#### MARKETEYE-Lupin shares rise on U.S. nod for oral contraceptive

Shares in drugmaker Lupin rose nearly 2 percent after it received U.S. regulatory approval on Tuesday to launch oral contraceptive tablets norethindrone, two dealers said. The tablets are generic version of Watson Pharmaceuticals' brand Nor-QD and have annual sales of about $52 million in the U.S. This is Lupin's first approval from 26 filings made in the oral contraceptives segment, which has market size of over $4.5 billion in the U.S. At 10:17 a.m., the stock was up 0.78 percent at 487.25 ru

21 Sep 2011

#### UPDATE 1-Lupin gets US nod for its 1st oral contraceptive

MUMBAI, Sept 20 - Indian drugmaker Lupin said on Tuesday it has received the U.S. Food and Drug Administration's approval to sell its first oral contraceptive, norethindrone tablets, in the country.

20 Sep 2011

#### UPDATE 1-Lupin unit, Sanofi-Aventis Philippines in marketing pact

MUMBAI, Sept 2 - Sanofi-Aventis Philippines, part of Sanofi group, has signed an agreement with a unit of India's

**Login** or **register** | Latest from My Wire | 1 | Recent Companies

Related Topics: STOCK QUOTES | HEALTHCARE | PHARMACEUTICALS - GENERIC / SPECIALTY

**SEARCH STOCKS**

| Enter company name or Symbol | SEARCH |

Back to top

| | |
|---|---|
| Reuters.com | Business \| Markets \| India \| Technology \| Opinion \| Money \| Pictures \| Videos \| Site Index \| Mobile |
| Legal | Bankruptcy Law \| California Legal \| New York Legal \| Securities Law |
| Support & Contact | Contact Us \| Advertise With Us |
| Account Information | Register \| Sign In |
| Connect with Reuters | Twitter    Facebook    LinkedIn    RSS    Newsletters |
| About | Privacy Policy \| Terms of Use |

Thomson Reuters is the world's leading source of intelligent information for businesses and professionals.

| | | | | | |
|---|---|---|---|---|---|
| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global tax workstation | Thomsonreuters.com<br>About Thomson Reuters<br>Investor Relations<br>Careers<br>Contact Us |

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

Login or register    Latest from My Wire    1 Recent Companies