## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

December 14, 2011

The Honorable Joel Schneider                                  *VIA ELECTRONIC FILING*
United States District Court                                            *and FACSIMILE*
  for the District of New Jersey
Mitchell H. Cohen Building
4th & Cooper Streets, Room 1050
Camden, NJ  08101

     Re:    *Sciele Pharma, Inc. v. Lupin Ltd., et al.,* C.A. No. 09-037 (RBK) (JS)
             *Shionogi Pharma, Inc. v. Mylan Inc., et al.,* C.A. No. 10-135 (RBK) (JS)
             **(Consolidated)**

Dear Magistrate Judge Schneider:

      We write on behalf of Plaintiff Shionogi in anticipation of the telephone status conference scheduled before Your Honor today at 4:00 p.m. and to advise of the parties' respective positions on scheduling in the above-referenced matter.

      Plaintiffs have conferred with Defendants Lupin and Mylan on a proposed case schedule to be entered.  The parties were able to agree on some, but not all proposed dates.  The parties' respective positions on proposed deadlines are set forth in the chart attached hereto as Exhibit 1.

      We appreciate the Court's attention to this matter and look forward to speaking with Your Honor today.

Respectfully,

*Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

KJL/bac
Attachment
4737719.1
cc:   Clerk of the Court (via electronic filing; w/attachment)
      All Counsel of Record (via e-mail; w/attachment)

## Exhibit 1

### PROPOSED SCHEDULE

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Deadline to Amend Pleadings<br><br>[*Agreed*] | Monday, January 30, 2012 | Monday, January 30, 2012 |
| Deadline for N.J. L. Patent R. 3.8 Disclosures of Reliance on Advice of Counsel Concerning any Patent-Related Claim or Defenses<br><br>[*Agreed*] | Wednesday, February 29, 2012 | Wednesday, February 29, 2012 |
| Deadline to Amend Contentions as of Right<br><br>[*Agreed*] | Wednesday, February 29, 2012 | Wednesday, February 29, 2012 |
| Close of Fact Discovery | Friday, May 4, 2012 | Friday, March 30, 2012 |
| Opening Expert Reports | Friday, June 22, 2012 | Friday, April 27, 2012 |
| Responsive Expert Reports | Friday, July 20, 2012 | Friday, May 18, 2012 |
| End of Expert Discovery | Friday, August 10, 2012 | Friday, June 22, 2012 |
| Deadline for Summary Judgment and *Daubert* Motions | Monday, September 10, 2012 | Monday, July 23, 2012 |
| Deadline to File proposed Final Pretrial Order | Monday, October 29, 2012 | To be set by the Court |
| Date of Final Pretrial Conference<br><br>[*Agreed*] | To be set by the Court | To be set by the Court |
| Date of Commencement of Trial<br><br>[*Agreed*] | To be set by the Court | To be set by the Court |