# EXHIBIT A









**Table of Contents**



15.5



The undersigned gratefully acknowledges the courtesies extended by Supervisory Examiner Page to the undersigned and Ted Whitlock, Esq. during the Interview conducted at the USPTO on November 20, 2003.

A. <u>Status of the Claims</u>

Claims 5, 7-27, 29-30 and 43 are pending. Claims 1 and 4 have been cancelled. Claim 5 has been re-written into independent form. The dependencies of the dependent claims have been revised to reflect this change. The subject matter of claim 4 has been re-inserted as new claim 43. The upper limit of the $T_{max}$ in claims 5 and 43 (7 hours) was changed from "7.0" to "7" in order that applicants are not limited to an absolute numerical upper $T_{max}$ limit of 7.0 hours with respect to equivalents. Support for the number "7" is found directly from exemplied













