# EXHIBIT C
## Part 1 of 2

# Lupin's Arguments re Irreparable Injury and Recall

December 2, 2011

*Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*

C.A. No. 09-037 (D.Del)

## Summary of Lupin's Arguments

* Every one of Shionogi's claimed harms is quantifiable
  * Loss of sales – for whatever reason – can be calculated and quantified
* Shionogi's claimed injuries are not supported by any case-specific evidence
  * Facts show Shionogi gave up on Fortamet® market well before Lupin's launch
* Shionogi essentially argues that generic launches routinely should be enjoined, although preliminary injunction is an extraordinary remedy
* The exceptional and unusual relief of recall is unwarranted

## Shionogi's Market for Fortamet®
## Was Declining Long Before Lupin's Launch

* Shionogi stopped sales and promotion efforts in August 2010
  Melloy Decl., ¶ 12, Tab 1

  * According to a Shionogi executive: "in financial terms, Shionogi decided that there would not be an adequate return on investment to justify the expense of active promotion"
    Melloy Decl., ¶ 12, Tab 1

  * Shionogi stopped promoting even though it recognized that promotional activities were necessary to slow market decline
    2010 Fortamet® Brand Plan, SHIO 019389, 019396, Tab 2

* Shionogi never captured more than about 1% of the market
  2010 Fortamet® Brand Plan, SHIO 019389, Tab 2

* Unit sales were declining for several years; Shionogi's response was to raise prices
  Fortamet® IMS Data, Tab 3; Hoffman Decl., ¶ 25 and Ex. A, Tabs 4 and 5; LUP 0066407-413, 0066418, Tab 21

## Even Before Lupin's Launch, Shionogi Expected the Market to Continue to Decline

* Before Lupin's launch, Shionogi forecast that its market would shrink approximately 25% from FY 2011 to FY 2012

  SHIO 019556, Tab 9

* Forecast net sales without generic entry was $51.2 million in FY 2011 (annualized) and $38.5 million in FY 2012

  SHIO 019556, Tab 9

4

## Shionogi Essentially Abandoned the 500 mg Fortamet® Market One Year Before Lupin's Launch

* Sharply decreasing sales of 500 mg; orders not being filled for several months

    *Fortamet® IMS Data, Tab 3; Hoffman Decl., ¶ 14, Tab 4*

    * "[B]ecause of a manufacturing issue that Watson detected in November 2010"

        *Melloy Decl., ¶ 15, Tab 1*

    * "[M]anufacturing issue" not expected to be resolved until the week of October 24, 2011 (almost one year later)

        *Melloy Decl., ¶ 15, Tab 1*

* Absence of 500 mg product caused further erosion to Fortamet® franchise irrespective of Lupin launch

    *Hoffman Decl., ¶ 15, Tab 4*

    * Shionogi decided to emphasize the 1,000 mg dosage in 2010 marketing

        *2010 Fortamet® Brand Plan, SHIO 019398, Tab 2*

5

## Fortamet® Already Competes
## In a 'Highly Saturated' 'Genericized Market'

* ### According to Shionogi's Fortamet® Business Plan 2008:

    * Market is "highly saturated with generic equivalents"

    * Fortamet® "currently competes against 14 generic metformin extended release formulations and 22 generic metformin immediate release formulations in addition to a new branded extended release formulation – Glumetza"

    * Fortamet® also competes against five other branded metformin combination products

    SHIO 019367, Tab 6

* ### Watson's authorized generic is likely to join this crowded field

    Agreement to License, SHIO 019467-468, Tab 7

6

## Authorized Generic Fortamet®

* License Agreement permits Watson to launch an
  authorized generic

  SHIO 019467-468, Tab 7

  * Even if Lupin is no longer on the market

* Watson will pay a royalty to Shionogi

  SHIO 019511, Tab 7

  * Arms-length negotiation is significant proof that damages are
    quantifiable

  * Failure to provide for brand control or cessation of marketing
    if generic is removed from the market is significant proof that
    money damages will suffice

* Shionogi paid 8% royalty to Watson before the
  Lupin launch

  SHIO 019457, Tab 7

# Delay Further Illustrates No Irreparable Injury

## Warnings of launch

* *Wall Street Journal* two days before launch

  Tab 10

* *Wall Street Journal* in June

  Tab 11

* Lupin CEO conversation with Shionogi CEO

  Gupta Decl., ¶ 9, Tab 8

* Settlement negotiations

  * Shionogi requested notice letters in June, not later

    Tabs 12 and 13

* Termination of settlement agreement

  Gupta Decl., ¶ 8, Tab 8; Hoffman Decl., ¶ 36, Tab 4;
  Settlement and Release Agreement, Tab 14

* Market information

## Shionogi's Slow Reaction Shows
## Lack of Irreparable Harm

* Despite information about launch on Friday, there was no contact until late Sunday morning and then only asked for "confirmation" the next day – three days after launch

  E-mail correspondence, Tab 15

* Once confirmed, Shionogi did not seek a TRO or prompt standstill, but requested a lengthy briefing schedule

* No standstill for almost three weeks – and premarketing was allowed to continue

## Shionogi Had Given Up on
## Fortamet® Market Before Lupin Launched

❋ Sales were never strong to begin with; 1% of the market at best

2010 Fortamet® Brand Plan, SHIO 019389, Tab 2

❋ Sales continued to decline; Shionogi projected 25% decline from FY 2011 to FY 2012 (even without generic competition)

SHIO 019556, Tab 9

❋ Shionogi's short-term strategy: milk the market for what it can get now

❋ Raised prices despite falling volume

❋ 500 mg issue left unresolved for a year

❋ Stopped promoting one year ago

❋ Apparently no long-term plans for Fortamet® market

10

## Indications That Watson
## Will Launch Authorized Generic

* Standstill does not bar premarketing

* Market information from customers – activities of
  Watson's sales representatives

  Hoffman Decl., ¶ 5, Tab 4

* Watson e-mails showing preparations

  SHIO 019419-421, Tab 16; AND 184710-711, Tab 17

11

## Shionogi's Claimed Harms Are Either Quantifiable or Completely Speculative

### Quantifiable

* Lost sales are quantifiable, whether to Lupin, Mylan, or Watson
* Loss of formulary position is just another explanation for lost sales

### Speculative

* Loss of goodwill
* Lost jobs
* Shutdown of Shionogi U.S.

12

## Shionogi's Claimed Harms Are Just Lost Sales Dressed Up in Different Clothing

**Merely reasons for why sales will be lost**

* Formulary position

  <small>Gleason/Hofmann Decl., ¶ 55-56 and Ex. 23, Tabs 24 and 25; 2008 Business Plan, SHIO 019367, Tab 6</small>

  * Almost all formularies have Fortamet® on Tier 3 now

  * Glucophage experience – unlikely to be unlisted even with generic option

* Lower prices

* Authorized generic or other generic competition

* Loss of goodwill leading patients to other metformin products

## Dollar Value of Lost Sales Is Easily Calculated

* Mature market – much historic information

* IMS data will show pre- and post-launch sales

* Shionogi's own projections

* Decrease in orders is quantifiable

* The entire Fortamet® franchise is forecast at $38.5 million for FY 2012 and has been in rapid decline

* Undisputed that Lupin has the ability to pay damages

Gupta Decl., ¶ 5, Tab 5; Lupin Annual Report 2011, Tab 18

14

## Shionogi's Claimed 'Complications' and 'Uncertainties' Only Go to the Reasons for Lost Sales

* Other generics
* Mylan on market in one year
* Authorized generic
* Most "uncertainties" will be known by time of trial
* Maximum damages is the total size of the market, which is known – so it is quantifiable
* These are questions of allocation, not computation

15

## No Evidence, Just Speculation

* Claims of non-economic injury are not supported by any evidence or document
  * Problems with Japanese parent
  * Customer reaction to prices and loss of goodwill
  * Loss of jobs
  * Inability to market new products
* Shionogi has shown ability to react to generic competition
  * History
  * Projections

*E.g.*, SHIO 019556, Tab 9; SHIO 019391, Tab 2

16

## Supposed Problems With Japanese Parent And Shutdown of Shionogi U.S.

* Nothing other than conclusory statement by Melloy

* Reason for acquisition remains – U.S. outlet

  Shionogi Annual Report 2011, Tab 19

* Still $250 million in net sales from Shionogi U.S. without Fortamet®

  SHIO 019411, Tab 22

* Shionogi 2011 Annual Report indicates sticking with U.S. subsidiary despite its problems; indicates any problems are structural, not due to Lupin launch

  Shionogi Annual Report 2011, Tab 19

* October 28, 2011 press release about revised forecasts does not mention generic Fortamet® competition

  LUP 0066407-0066410, Tab 21

17

## Customer Reaction to Prices and Loss of Goodwill

* No evidence regarding Shionogi's concern that higher prices will result in loss of goodwill

  * Shionogi has raised prices in the past without generic competition

    Hoffman Decl., Ex. A, Tab 5

  * Shionogi raised prices since launch

    LUP 0066407-413, 0066418, Tab 20

  * Concern not reflected in business reports or non-litigation documents

* Facts suggest lack of price sensitivity among customers

  * Customer base held at about 3,000 doctors despite price increase

    Melloy Decl., ¶ 10, Tab 1

* Existing metformin generic competition

18