IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action. No.09-037-RBK-JS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that D. Christopher Ohly, Sailesh K. Patel, Steven M. Bocknek, Jason G. Harp, Kelly L. Morron, Henry Behnen, Allison L. Maddeford, Matthew Mock and Katherine S. Devine, all of or formerly of Schiff Hardin LLP, and Schiff Hardin LLP, hereby withdraw as counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. in this matter.

The law firms of Bayard, PA and Sterns & Weinroth P.C. will continue to represent Lupin in this matter. Douglass C. Hochstetler and Beth D. Jacob, formerly of Schiff Hardin, LLP, are now affiliated with Kelley Drye & Warren (D.I. 284).

| | |
|---|---|
| January 3, 2012 | BAYARD P.A. |
| OF COUNSEL: | |
| | /s/ *Richard D. Kirk (rk0922)* |
| Douglass C. Hochstetler | Richard D. Kirk (rk0922) |
| Kelley Drye & Warren LLP | Stephen B. Brauerman (sb4952) |
| 333 West Wacker Drive, 26th Floor | 222 Delaware Avenue, 9th Floor |
| Chicago, IL 60606 | P.O. Box 25130 |
| (312) 258-2629 | Wilmington, DE 19899-5130 |
| dhochstetler@kelleydrye.com | (302) 655-5000 |
| | rkirk@bayardlaw.com |
| Beth D. Jacob | sbrauerman@bayardlaw.com |
| Kelley Drye & Warren LLP | |
| 101 Park Avenue | *Attorneys for Lupin Ltd. and Lupin* |
| New York, NY 10178 | *Pharmaceuticals, Inc.* |
| (212) 808-7624 | |
| bjacob@kelleydrye.com | |
| | |
| Karen A. Confoy | |
| Erica S. Helms | |
| STERNS & WEINROTH | |
| 50 W. State Street, Ste 1400 | |
| P.O. Box 1298 | |
| Trenton, NJ  08607-1298 | |