# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PRELIMINARY NOTICE OF DOCKETING

2012-1118, SCIELE PHARMA V LUPIN LTD

12/28/2011

(Date of Docketing)

Appeal from:  U.S. District Court, District of Delaware, Case No. 09CV0037;10CV0135

Name of appellant(s):  Lupin Pharmaceuticals, Inc. and Lupin, Ltd.

A Rule 8 motion has been filed.

Docket No. 2012-1118 has been assigned.

The notice of docketing will be issued when copies of the notice of appeal and the docket entries are received from the clerk of the lower court and the appeal has been entered on the docket of this court.

Attachments (with recipients noted) to this notice include:

- Official caption

Counsel may download the Rules of Practice and required forms at www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk

cc:  Clerk's Office, U.S. District Court, District of Delaware
Douglass C. Hochstetler
David B. Basset

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2012-1118

SCIELE PHARMA INC. (now known as Shionogi Pharma Inc.),
ANDRX CORPORATION, ANDRX PHARMACEUTICALS INC.
(doing business as Watson Laboratories Inc. - Florida),
ANDRX PHARMACEUTICALS L.L.C., ANDRX LABORATORIES (NJ) INC.,
ANDRX EU LTD., and ANDRX LABS L.L.C.,

Plaintiffs-Appellees,

v.

LUPIN LTD. and LUPIN PHARMACEUTICALS INC.,

Defendants-Appellants,

and

MYLAN INC. and MYLAN PHARMACEUTICALS INC.,

Defendants.

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0037, Judge Robert B. Kugler.

Authorized Abbreviated Caption[2]

SCIELE PHARMA V LUPIN LTD, 2012-1118

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.