# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ———————————————————— :<br><br>SCIELE PHARMA INC., :<br>(N/K/A SHIONOGI PHARMA INC.), :<br>ANDRX CORPORATION, :<br>ANDRX PHARMACEUTICALS, INC. :<br>(N/K/A WATSON LABORATORIES, :<br>INC., FLORIDA), :<br>ANDRX PHARMACEUTICALS, L.L.C., :<br>ANDRX LABORATORIES (NJ), INC. :<br>ANDRX EU LTD., :<br>and ANDRX LABS, L.L.C., :<br> :<br>           Plaintiffs, :<br> :<br>        v. :<br> :<br>LUPIN LTD., :<br>and LUPIN PHARMACEUTICALS, INC., :<br> :<br>and MYLAN INC., :<br>and MYLAN PHARMACEUTICALS, INC. :<br> :<br>           Defendants. :<br>———————————————————— : | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil No. 09-0037 (RBK/JS)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of Lupin Ltd. and Lupin Pharmaceuticals ("Defendant"), pursuant to Federal Rule of Civil Procedure 62(c), to stay or modify the Court's December 6, 2011 Order granting the motion of Shionogi Pharma Inc. ("Plaintiff") for Preliminary Injunction, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the accompanying Opinion, Defendant's motion is **DENIED**.  Plaintiff's motion for leave to file a sur-reply in opposition to Defendant's reply brief is **DENIED**.

Dated: 1/12/2012                                          /s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge