IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 09-037 (RBK)(JS) <br> CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN, INC., and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 10-135 (RBK)(JS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiffs may file the AMENDED AND SUPPLEMENTAL COMPLAINT FOR

PATENT INFRINGEMENT attached hereto as Exhibit A. Pursuant to D. Del. LR 15.1(b), a redline showing the changes from the original complaint is attached as Exhibit B.

*Filing and service to occur by 2/7/12*
*[D.I. 311-1]*

| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Fineman* | */s/ Jack B. Blumenfeld* |
| Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jheaney@mnat.com |
| *Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *Attorneys for Sciele Pharma, Inc.* |
| OF COUNSEL:<br><br>Gary E. Hood<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316<br><br>Robyn H. Ast<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO 63102 | OF COUNSEL:<br><br>Christopher R. Noyes<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br><br>David A. Manspeizer<br>David B. Bassett<br>Peter Shen<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br><br>Liza M. Walsh<br>Rukhsanah Lighari<br>CONNELL FOLEY LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068 |

| BAYARD, P.A. | MORRIS JAMES LLP |
|---|---|
| /s/ *Richard D. Kirk* | /s/ *Mary B. Matterer* |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000 | Richard Herrmann (#405)<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800 |
| *Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Douglass C. Hochstetler<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Timothy H. Kratz<br>Robert L. Florence<br>George J. Barry III<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309 |
| Beth D. Jacob<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178 | |
| Karen A. Confoy<br>Erica A. Helms<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ 08607 | |

January 30, 2012

SO ORDERED this 31st day of January, 2012.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

3