# THIS DOCUMENT IS CONFIDENTIAL AND WAS FILED UNDER SEAL