UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza - Room 6040<br>CAMDEN, NJ  08101<br>856-757-5019 |

February 16, 2012

Re: Sciele v. Lupin, 09-37, Preliminary Injunction Remand

Dear Counsel:

      This letter is to advise you that, as of the writing of this letter, no Mandate enforcing the Federal Circuit's February 6, 2012 Opinion in this case has been filed on the District of Delaware docket.  Although I have considered your submissions and am prepared to enter an Opinion and Order addressing the remanded issue, this will not be possible before the Mandate of the Court of Appeals has been filed in the District Court. I bring this matter to your attention specifically in light of the fact that the Standstill Agreement currently in place between Plaintiffs and the Lupin Defendant will expire at 12:01 a.m. on February 18, 2012.

      Very truly yours,

      /s/ Robert B. Kugler
      Robert B. Kugler
      United States District Judge

RBK: av
cc:

| | |
|---|---|
| David A. Manspeizer, Esq.<br>David B. Bassett, Esq.<br>Peter Shen, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>339 Park Avenue<br>New York, NY 10022 | Christopher R. Noyes, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Liza M. Walsh, Esq.<br>Rukhsanah Lighari, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068 | Richard D Kirk, Esq.<br>Stephen B. Brauerman, Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |

Douglass C. Hochstetler, Esq.
Jason G. Harp, Esq.
Kathryn S. Devine, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Karen A. Confoy, Esq.
Erica A. Helms, Esq.
Sterns & Weinroth PC
50 West State Street
Suite 1400
Trenton, NJ 08607

Timothy H. Kratz, Esq.
Robert L. Florence, Esq.
George J. Barry III, Esq.
McGuire Woods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309

Gary E. Hood, Esq.
Polsinelli Shughart PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601-3316

Beth D. Jacob, Esq.
Schiff Hardin LLP
666 Fifth Avenue
New York, NY 10103

Richard Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger P.A.
One Rodney Square
Wilmington, DE 19801

Robyn H. Ast, Esq.
Polsinelli Shughart PC
100 South Fourth Street
Suite 1000
St. Louis, MO 63102