# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 09-037 (RBK) (JS) |
| | ) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| SHIONOGI PHARMA, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 10-135 (RBK) (JS) |
| | ) |
| MYLAN INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 29, 2012, copies of: (1) **LUPIN DEFENDANTS' AMENDED NON-INFRINGEMENT CONTENTIONS**; (2) **LUPIN DEFENDANTS' AMENDED INVALIDITY CONTENTIONS FOR UNITED STATES PATENTS 6,099,859 and 6,866,866** and (3) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

| | |
|---|---|
| Mary B. Matterer | Jack B. Blumenfeld |
| Morris James LLP | Karen Jacobs Louden |
| 500 Delaware Avenue, Suite 1500 | Morris, Nichols, Arsht & Tunnell |
| Wilmington, DE 19899-2306 | 1201 North Market Street |
| | Wilmington, DE 19801 |

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY E-MAIL**

David A. Manspeizer
David B. Bassett
Peter Shen
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

George J. Barry, III
Timothy H. Kratz
Robert Florence
Angela Spivey
Thomas Ehrich
McGuire Woods LLP
The Proscenium
1170 Peachtree N.E., Suite 2100
Atlanta, GA 30309-7649

Robyn H. Ast
Polsinelli Shughart PC
100 South Fourth Street
Suite 1000
St. Louis, MO 63102

Gary E. Hood
Polsinelli Shughart PC
161 North Clark Street – Suite 4200
Chicago, IL 60601-3316

Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

Christopher R. Noyes
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109


February 29, 2012

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

BAYARD P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for defendants,*
*Lupin Ltd. and Lupin Pharmaceuticals,*
*Inc.*

(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
P.O. Box 1298
Trenton, NJ  08607-1298