IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 09-037 (RBK)(JS) |
| ) | CONSOLIDATED |
| LUPIN LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| SHIONOGI INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 10-135 (RBK)(JS) |
| ) | |
| MYLAN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of David M. Burkoff of WILMER, CUTLER, PICKERING, HALE AND DORR LLP, 399 Park Avenue, New York, New York, 10022 to represent plaintiff Sciele Pharma, Inc. n/k/a Shionogi Inc. ("Shionogi") in this matter.

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Karen Jacobs Louden*
                                                Jack B. Blumenfeld (#1014)
                                                Karen Jacobs Louden (#2881)
                                                Julia Heaney (#3052)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899-1347
                                                (302) 658-9200
                                                jblumenfeld@mnat.com
                                                klouden@mnat.com
                                                jheaney@mnat.com

                                                *Attorneys for Plaintiff Shionogi*

March 5, 2012

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David M. Burkoff is granted.

Dated: _____  _____

                                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/2/12

David M. Burkoff
Wilmer, Cutler, Pickering, Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
david.burkoff@wilmerhale.com

5762387