# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 09-037 (RBK) (JS) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| SHIONOGI PHARMA, INC., *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 10-135 (RBK) (JS) |
| MYLAN PHARMACEUTICALS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF DEANNE MELLOY

**TO:**

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") shall take the deposition of Deanne Melloy on March 23, 2012, commencing at 9:00 am and continuing from day

to day until completed, at the offices of Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, or a location agreed upon by the parties. The deposition shall take place before a person duly authorized to administer oaths and shall be recorded by stenographic and videotape means. You are invited to attend and participate in the manner provided by the Federal Rules of Civil Procedure.

Dated: March 9, 2012

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
P.O. Box 1298
Trenton, NJ 08607-1298

BAYARD P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*