# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 09-037 (RBK) (JS) |
| ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| SHIONOGI PHARMA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 10-135 (RBK) (JS) |
| ) | |
| MYLAN PHARMACEUTICALS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS LUPIN LTD AND LUPIN PHARMACEUTICALS, INC.'S NOTICE OF SERVICE OF SUBPOENA TO CLIFFORD DAVIDSON

**TO:**

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

**PLEASE TAKE NOTICE** that Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") will serve the attached subpoena on third party Clifford Davidson, Davidson, Davidson, & Kappel, LLC, 485 Seventh Ave., New York, NY 10018, requiring him to produce the documents

identified in Schedule A and appear for testimony at 9:30 a.m. E.S.T. on March 20, 2012, at the offices of Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, before an officer authorized to administer oaths, for the purposes of giving sworn testimony in the above-captioned action.

| | |
|---|---|
| Dated: March 9, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| Douglass C. Hochstetler<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>(312) 258-2629<br>dhochstetler@kelleydrye.com | |
| Beth D. Jacob<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7624<br>bjacob@kelleydrye.com | *Attorneys for Defendants*<br>*Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| Karen A. Confoy<br>Erica S. Helms<br>Sterns & Weinroth<br>50 W. State Street, Ste 1400<br>P.O. Box 1298<br>Trenton, NJ 08607-1298 | |