**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RB K) (JS) |
| | ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| SHIONOGI PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-135 (RB K) (JS) |
| | ) | |
| MYLAN PHARMACEUTICALS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS LUPIN LTD AND LUPIN PHARMACEUTICALS, INC.'S**
**NOTICE OF SERVICE OF SUBPOENA TO TED W. WHITLOCK**

**TO:**

Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

     **PLEASE TAKE NOTICE** that Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively,

"Lupin") will serve the attached subpoena on third party Ted Whitlock, 5323 SW 38th Ave., Fort

Lauderdale, FL. 33312, requiring him to produce the documents identified in Schedule A and

appear for testimony at 9:30 a.m. E.S.T. on March 22, 2012, at the offices of Gunster Yoakley & Stewart, 450 East Las Olas Boulevard, Suite 1400, Ft. Lauderdale, Florida 33301-4206, before an officer authorized to administer oaths, for the purposes of giving sworn testimony in the above-captioned action.

Dated: March 9, 2012

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
P.O. Box 1298
Trenton, NJ 08607-1298

BAYARD P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*