# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 09-037 (RBK) (JS)<br>) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |
| SHIONOGI PHARMA, INC., *et al.*, | )<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) C.A. No. 10-135 (RBK) (JS)<br>) |
| MYLAN INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 15, 2012, copies of: (1) **LUPIN DEFENDANTS' OBJECTIONS AND RESPONSES TO SHIONOGI'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

| | |
|---|---|
| Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306 | Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | |

| | |
|---|---|
| **BY E-MAIL** | |
| David A. Manspeizer<br>David B. Bassett<br>Peter Shen<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | George J. Barry, III<br>Timothy H. Kratz<br>Robert Florence<br>Angela Spivey<br>Thomas Ehrich<br>McGuire Woods LLP<br>The Proscenium<br>1170 Peachtree N.E., Suite 2100<br>Atlanta, GA 30309-7649 |
| Robyn H. Ast<br>Polsinelli Shughart PC<br>100 South Fourth Street<br>Suite 1000<br>St. Louis, MO 63102 | Liza M. Walsh<br>Rukhsanah Lighari<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068 |
| Gary E. Hood<br>Polsinelli Shughart PC<br>161 North Clark Street – Suite 4200<br>Chicago, IL 60601-3316 | Christopher R. Noyes<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| March 15, 2012 | BAYARD P.A. |
| OF COUNSEL:<br><br>Douglass C. Hochstetler<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>(312) 258-2629<br>dhochstetler@kelleydrye.com<br><br>Beth D. Jacob<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7624<br>bjacob@kelleydrye.com<br><br>Karen A. Confoy<br>Erica S. Helms<br>Sterns & Weinroth<br>50 W. State Street, Ste 1400<br>Trenton, NJ  08607-1298 | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for defendants,*<br>*Lupin Ltd. and Lupin Pharmaceuticals,*<br>*Inc.* |