**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SCIELE PHARMA INC.,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **C.A. No. 09-037 RBK-JS** |
| | ) | **(CONSOLIDATED)** |
| **LUPIN LTD.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **SHIONOGI PHARMA, INC.,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | **C.A. No. 10-135 RBK-JS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MYLAN INC.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents,

(1) **Mylan Inc. and Mylan Pharmaceuticals Inc.'s Second Continuing Interrogatories to Plaintiffs;**

(2) **Mylan Inc. and Mylan Pharmaceuticals Inc.'s Second Request for Production of Documents and Things to Plaintiffs; and**

(3) **Mylan Inc. and Mylan Pharmaceuticals Inc.'s First Set of Requests for Admission to Plaintiffs,**

were served upon the attorneys listed below as indicated:

**VIA U.S. MAIL on MARCH 14, 2012**

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jheaney@mnat.com
*Attorneys for Plaintiff*
*Shionogi Pharma Inc, et al.*

**VIA U.S. MAIL on MARCH 14, 2012**

David Manspeizer
David Bassett
Peter Shen
Christopher R. Noyes
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
david.manspeizer@wilmerhale.com
david.bassett@wilmerhale.com
peter.shen@wilmerhale.com

*Attorneys for Plaintiff*
*Shionogi Pharma Inc., et al.*

**VIA U.S. MAIL on MARCH 14, 2012**

Frederick L. Cottrell, III
Steven J. Fineman
Jason J. Rawnsley
RICHARDS, LAYTON & FINGER PA
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
rawnsley@rlf.com
*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals Inc. Andrx*
*Laboratories(NJ) Inc. and Andrx EU Ltd.*

**VIA U.S. MAIL on MARCH 14, 2012**

Gary E. Hood
POLSINELLI SHUGHART PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
ghood@polsinelli.com

Robyn H. Ast
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, MI 63102
rast@polsinelli.com

*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals Inc. Andrx*
*Laboratories(NJ) Inc. and Andrx EU Ltd.*

**VIA U.S. MAIL on MARCH 14, 2012**

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Defendants Lupin Ltd. and
Lupin Pharmaceuticals Inc.*

**VIA U.S. MAIL on MARCH 14, 2012**

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com

Beth Jacob
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com

Karen Confoy
Erica Helms
STERNS & WEINROTH
50 West State Street, Suite 1400
Trenton, NJ 08607
kconfoy@sternslaw.com
ehelms@sternslaw.com
*Attorneys for Defendants Lupin Ltd. and
Lupin Pharmaceuticals Inc.*

Date:   March 19, 2012

_/s/ Mary B. Matterer_
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. # 405)
Kenneth L. Dorsney (I.D. # 3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*
*MYLAN INC. and*
*MYLAN PHARMACEUTICALS INC.*