The Exhibits to the Letter to The Honorable Robert B. Kugler from Richard D. Kirk Regarding Identification of the Portions in the Record on Shionogi's Motion for a Preliminary Injunction which most directly relate to Lupin's obviousness argument Are Redacted in Their Entirety.