# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., et al., <br><br> Defendants. | C.A. No. 09-037 (RBK)(JS) <br> CONSOLIDATED |
| SHIONOGI PHARMA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN, INC., et al., <br><br> Defendants. | C.A. No. 10-135 (RBK)(JS) <br><br> **REDACTED VERSION** |

## <u>ORDER</u>

THIS MATTER having come before the Court upon the application of counsel for Plaintiffs and the Lupin Defendants, for the entry of an Order ███████████████████ ██████████████████; and for good cause having been shown,

IT IS on this ____ day of February, 2012,

ORDERED as follows:

1. ██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

[redacted]

[redacted]

3.      The prohibitions of Paragraphs 1 and 2 shall expire upon the earlier of (1) 12:01 am on February 18, 2012; or (2) the entry by the Court of an Order denying Plaintiffs' motion for preliminary injunction.

SO ORDERED.


_____
Hon. Robert B. Kugler, U.S.D.J.