# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 09-037 (RBK)(JS) |
| LUPIN LTD., et al., | CONSOLIDATED |
| Defendants. | |
| SHIONOGI PHARMA, INC., et al., | |
| Plaintiffs, | C.A. No. 10-135 (RBK)(JS) |
| v. | |
| MYLAN, INC., et al., | **REDACTED VERSION** |
| Defendants. | |

## ORDER

THIS MATTER having come before the Court upon the application of counsel for Plaintiffs and the Lupin Defendants, for the entry of an Order ███████████ ████████████████████; and for good cause having been shown,

IT IS on this _____ day of February, 2012,

ORDERED as follows:

1. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

[redacted]

[redacted]

3.     The prohibitions of Paragraphs 1 and 2 shall expire upon the earlier of (1) 12:01 am on February 22, 2012; (2) the entry by the Court of an Order denying Plaintiffs' motion for preliminary injunction; or (3) 8:00 pm on February 17, 2012, if Shionogi has not by then filed a motion with the Federal Circuit seeking issuance forthwith of the mandate on the Federal Circuit's February 6, 2012, order.

SO ORDERED.

---

Hon. Robert B. Kugler, U.S.D.J.