## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>LUPIN LTD., *et al.*,<br><br>               Defendants.<br><br>SHIONOGI PHARMA, INC., *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>MYLAN INC., *et al.*,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-037 RBK-JS<br>)   (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **Mylan Inc. and Mylan Pharmaceuticals Inc.'s Responses and Objections to Plaintiffs' Amended Notice of 30(b)(6) Deposition of the Mylan Defendants,** were served upon the attorneys listed below on March 30, 2012:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Plaintiff*
*Shionogi Pharma Inc, et al.*

**VIA EMAIL**
David Manspeizer
David Bassett
Peter Shen
Christopher R. Noyes
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
david.manspeizer@wilmerhale.com
david.bassett@wilmerhale.com
peter.shen@wilmerhale.com
*Attorneys for Plaintiff*
*Shionogi Pharma Inc., et al.*

**VIA EMAIL**
Liza M. Walsh
Rukhsanah L. Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
rlighari@connellfoley.com
lwalsh@cannoelfoley.com
*Attorneys for Plaintiff*
*Shionogi Pharma Inc., et al*

**VIA EMAIL**
Frederick L. Cottrell, III
Steven J. Fineman
RICHARDS, LAYTON & FINGER PA
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals Inc. Andrx*
*Laboratories(NJ) Inc. and Andrx EU Ltd.*

**VIA EMAIL**
Gary E. Hood
POLSINELLI SHUGHART PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
ghood@polsinelli.com

Robyn H. Ast
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, MI 63102
rast@polsinelli.com

*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals Inc. Andrx*
*Laboratories(NJ) Inc. and Andrx EU Ltd.*

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.*

**VIA EMAIL**
Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com

Beth Jacob
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com

Karen Confoy
Erica Helms
STERNS & WEINROTH
50 West State Street, Suite 1400
Trenton, NJ 08607
kconfoy@sternslaw.com
ehelms@sternslaw.com
*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.*

Date: March 30, 2012

*/s/ Mary B. Matterer*
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. # 405)
Kenneth L. Dorsney (I.D. # 3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*
*MYLAN INC. and*
*MYLAN PHARMACEUTICALS INC.*