# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 09-037 (RBK) (JS) |
| | ) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| SHIONOGI PHARMA, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 10-135 (RBK) (JS) |
| | ) |
| MYLAN INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 2, 2012, copies of: (1) **LUPIN DEFENDANTS' THIRD SET OF INTERROGATORIES TO ANDRX PLAINTIFFS**; (2) **LUPIN DEFENDANTS' THIRD SET OF INTERROGATORIES TO PLAINTIFF SCIELE PHARMA, INC. N/K/A SHIONOGI PHARMA, INC.**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

| | |
|---|---|
| Mary B. Matterer | Frederick L. Cottrell, III |
| Morris James LLP | Steven J. Fineman |
| 500 Delaware Avenue, Suite 1500 | Jason Rawnsley |
| Wilmington, DE 19899-2306 | Richards Layton & Finger |
| | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE 19801 |

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
**BY E-MAIL**

| | |
|---|---|
| David A. Manspeizer | George J. Barry, III |
| David B. Bassett | Timothy H. Kratz |
| David M. Burkoff | Robert Florence |
| Wilmer Cutler Pickering Hale and Dorr LLP | Angela Spivey |
| 399 Park Avenue | Tara Stuart |
| New York, NY 10022 | McGuire Woods LLP |
| | The Proscenium |
| | 1170 Peachtree N.E., Suite 2100 |
| | Atlanta, GA 30309-7649 |
| | |
| Robyn H. Ast | Liza M. Walsh |
| Graham L. Day | Rukhsanah Lighari |
| Polsinelli Shughart PC | Connell Foley LLP |
| 100 South Fourth Street | 85 Livingston Avenue |
| Suite 1000 | Roseland, NJ 07068 |
| St. Louis, MO 63102 | |

Gary E. Hood
Polsinelli Shughart PC
161 North Clark Street – Suite 4200
Chicago, IL 60601-3316

| | |
|---|---|
| April 2, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler | Stephen B. Brauerman (sb4952) |
| Kelley Drye & Warren LLP | Vanessa R. Tiradentes (vt5398) |
| 333 West Wacker Drive, 26th Floor | 222 Delaware Avenue, 9th Floor |
| Chicago, IL 60606 | P.O. Box 25130 |
| (312) 258-2629 | Wilmington, DE 19899-5130 |
| dhochstetler@kelleydrye.com | (302) 655-5000 |
| | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| Beth D. Jacob | vtiradentes@bayardlaw.com |
| Kelley Drye & Warren LLP | |
| 101 Park Avenue | *Attorneys for Defendants* |
| New York, NY 10178 | *Lupin Ltd. and Lupin Pharmaceuticals,* |
| (212) 808-7624 | *Inc.* |
| bjacob@kelleydrye.com | |
| | |
| Karen A. Confoy | |
| Erica S. Helms | |
| Sterns & Weinroth | |
| 50 W. State Street, Ste 1400 | |
| Trenton, NJ 08607-1298 | |