

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4208
Email: rkirk@bayardlaw.com

April 4, 2012

**ELECTRONICALLY FILED**
<u>**ORIGINAL BY FEDERAL EXPRESS**</u>

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

    Re:    *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*
            Civil No. 09-037-RBK-JS

Dear Judge Schneider:

    Together with Kelley Drye & Warren LLP and Sterns and Weinroth P.C., we represent the Lupin defendants in the above-captioned litigation, which is scheduled for a status conference before the Court Thursday morning, April 5, 2012, at 11 am.  We write in advance of the conference to inform the Court that we will ask the Court not to consider the question of Lupin's opposition to plaintiffs' demand that Lupin produce highly sensitive confidential commercial information as part of discovery concerning damages.  The parties have been litigating this issue since October, and plaintiffs included in their April 2 letter to the Court (D.I. 389) a declaration from an expert which we saw for the first time Monday night.  Since this is an issue of great importance to Lupin, we would appreciate an opportunity to respond to that declaration.

    We asked plaintiffs if they agreed with this request, but have not yet gotten a response from them.  Given the holidays and the Federal Circuit argument on the preliminary injunction scheduled for April 18, we ask that Lupin be permitted to make a responding submission to the Court no later than April 19, 2012.

                          Respectfully submitted,

                          */s/ Richard D. Kirk*

                          Richard D. Kirk (rk0922)

cc:    All counsel

www.bayardlaw.com      Phone: (302) 655-5000      Fax: (302) 658-6395

