IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA INC., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 09-37 (RBK/JS) |
| LUPIN LTD., *et al.*, | ) ) ) | (consolidated) |
| Defendants. | ) ) | |
| SHIONOGI PHARMA, INC., *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 10-135 (RBK/JS) |
| v. | ) ) | |
| MYLAN INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Andrx Plaintiffs' Responses to Lupin Defendants' Third Set of Requests for the Production of Documents and Things were caused to be served on April 9, 2012, on the following counsel in the manner indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

RLF1 5961023v. 1

**VIA EMAIL**
Richard Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**VIA EMAIL**
Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com

**VIA EMAIL**
Timothy H. Kratz
Robert L. Florence
George J. Barry III
McGuire Woods LLP
1170 Peachtree Street, Ste. 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rflorence@mcguirewoods.com
gbarry@mcguirewoods.com

**VIA EMAIL**
Karen A. Confoy
Erica S. Helms
Sterns & Weinroth PC
50 West State Street, Suite 1400
kconfoy@sternslaw.com
ehelms@sternslaw.com

**VIA EMAIL**
Christopher R. Noyes
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
christopher.noyes@wilmerhale.com

**VIA EMAIL**
Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com

**VIA EMAIL**
David B. Bassett
David A. Manspeizer
Wilmer, Cutler, Pickering, Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com

**VIA EMAIL**
Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
rlighari@connellfoley.com

RLF1 5961023v. 1

| | |
|---|---|
| OF COUNSEL:<br><br>Gary E. Hood<br>POLSINELLI SHUGHART PC<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601-3316<br>(312) 873-3653<br><br>Graham L. Day<br>Robyn H. Ast<br>POLSINELLI SHUGHART PC<br>100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>(314) 622-6614<br><br>Dated: April 9, 2012 | /s/ Jason J. Rawnsley<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I caused to be electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record, and have sent true and correct copies to the following in the manner indicated below:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

**VIA EMAIL**
Richard Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**VIA EMAIL**
Christopher R. Noyes
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
christopher.noyes@wilmerhale.com

**VIA EMAIL**
Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com

**VIA EMAIL**
Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com

RLF1 5904275v. 1

**VIA EMAIL**
Timothy H. Kratz
Robert L. Florence
George J. Barry III
McGuire Woods LLP
1170 Peachtree Street, Ste. 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rflorence@mcguirewoods.com
gbarry@mcguirewoods.com

**VIA EMAIL**
Karen A. Confoy
Erica S. Helms
Sterns & Weinroth PC
50 West State Street, Suite 1400
kconfoy@sternslaw.com
ehelms@sternslaw.com

**VIA EMAIL**
David B. Bassett
David A. Manspeizer
Wilmer, Cutler, Pickering, Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com

**VIA EMAIL**
Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
rlighari@connellfoley.com

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I served the foregoing document on the following counsel in the manner indicated below:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

**VIA EMAIL**
Richard Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**VIA EMAIL**
Christopher R. Noyes
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
christopher.noyes@wilmerhale.com

**VIA EMAIL**
Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com

**VIA EMAIL**
Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com

**VIA EMAIL**
Timothy H. Kratz
Robert L. Florence
George J. Barry III
McGuire Woods LLP
1170 Peachtree Street, Ste. 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rflorence@mcguirewoods.com
gbarry@mcguirewoods.com

**VIA EMAIL**
David B. Bassett
David A. Manspeizer
Wilmer, Cutler, Pickering, Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com

RLF1 5903999v. 1

**VIA EMAIL**
Karen A. Confoy
Erica S. Helms
Sterns & Weinroth PC
50 West State Street, Suite 1400
kconfoy@sternslaw.com
ehelms@sternslaw.com

**VIA EMAIL**
Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
rlighari@connellfoley.com


*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com