IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.- FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>     Plaintiffs,<br><br>     v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>     Defendants. | C.A. No. 09-037 (RBK)(JS)<br>CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.- FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>     Plaintiffs,<br><br>     v.<br><br>MYLAN, INC., and MYLAN PHARMACEUTICALS INC.,<br><br>     Defendants. | C.A. No. 10-135 (RBK)(JS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Shionogi Pharma, Inc.'s Objections and Responses to Lupin's Third Set of Requests for the Production of Documents and Things (Nos. 46-98)* were served on April 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ 08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Frederick L. Cottrell, III (#2555)  *VIA ELECTRONIC MAIL*
Steven J. Fineman (#4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-FLoria), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.*

Gary E. Hood, Esquire  *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
161 North Clark Street – Suite 4200
Chicago, IL  60601-3316
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-FLoria), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.*

Robyn H. Ast, Esquire  *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street
Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-FLoria), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

*Attorneys for Plaintiff Sciele*

OF COUNSEL:

Christopher R. Noyes
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 626-6000

David A. Manspeizer
David B. Bassett
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

Liza M. Walsh
Rukhsanah Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(201) 521-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on April 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-FLoria), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street – Suite 4200<br>Chicago, IL  60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-FLoria), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Robyn H. Ast, Esquire<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street<br>Suite 1000<br>St. Louis, MO  63102<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-FLoria), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

———————————————

Jennifer Ying (#5550)