

# BAYARD

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE • 19899
Zip Code For Deliveries 19801

April 16, 2012

**ELECTRONICALLY FILED**
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

    Re:   *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*
            Civil No. 09-037-RBK-JS

Dear Judge Schneider:

    I write on behalf of all parties respectfully to request that the Court reschedule the discovery conference currently set for May 7, 2012 at 2:00 p.m. until May 11, 2012 at 11:00 a.m. Should Your Honor have any questions or require any additional information, counsel is available at the convenience of the Court.

                                               Respectfully submitted,

                                               /s/ *Stephen B. Brauerman*

                                               Stephen B. Brauerman (sb4952)

cc:    All counsel

