

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

April 18, 2012

**ELECTRONICALLY FILED**
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

Re:   *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*
      Civil No. 09-037-RBK-JS

Dear Judge Schneider:

I write on behalf of the Lupin Defendants to advise the Court that in light of the parties' agreement to postpone the discovery dispute conference from May 7, 2012 until May 11, 2012, the parties have also agreed, subject to the approval of the Court, to modify the briefing schedule as follows:

Opening Briefs shall be filed on or before April 23, 2012 (from April 19, 2012)
Answering Brief shall be filed on or before May 1, 2012 (from April 27, 2012)
Reply Briefs shall be filed on or before May 7, 2012 (from May 2, 2012)

Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

Respectfully submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (sb4952)

cc:   All counsel