# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LTD., et al., )<br>)<br>Defendants. )<br>) | Civil No. 09-37 (RBK/JS)<br>(consolidated) |
| SHIONOGI PHARMA, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYLAN INC., et al., )<br>)<br>Defendants. )<br>) | Civil No. 10-135 (RBK/JS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of attorney Tara C. Stuart is hereby withdrawn as counsel of record for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan"). Mylan continues to be represented by the law firms of Morris James LLP and McGuireWoods LLP.

Dated: April 19, 2012

By:    */s/ Mary B. Matterer*
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. #405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*
*Mylan Inc. and*
*Mylan Pharmaceuticals Inc.*