IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LUPIN LTD., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No. 09-037 (RBK)(JS) <br> CONSOLIDATED |
| SHIONOGI INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MYLAN, INC., *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 10-135 (RBK)(JS) |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of David M. Burkoff of WILMER, CUTLER, PICKERING, HALE AND DORR LLP, 399 Park Avenue, New York, New York, 10022 to represent plaintiff Sciele Pharma, Inc. n/k/a Shionogi Inc. ("Shionogi") in this matter.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David M. Burkoff is granted.

Dated: 4-19-12

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/2/12

David M. Burkoff
Wilmer, Cutler, Pickering, Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
david.burkoff@wilmerhale.com

5762387