

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4208
Email: rkirk@bayardlaw.com

April 20, 2012

**ELECTRONICALLY FILED**

The Honorable Robert B. Kugler
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

    **Re:** **Sciele Pharma, Inc., et al. v. Lupin Ltd., et al., Civil No. 09-037-RBK-JS**

Dear Judge Kugler:

    Together with Kelley Drye & Warren LLP and Sterns and Weinroth, P.C., we represent the Lupin Defendants in the above-captioned litigation. I write to advise the Court that on Wednesday, the United States Court of Appeals for the Federal Circuit issued an order granting the Lupin Defendants' motion for a stay of the injunction entered by Your Honor on February 14, 2012 (D.I. 345). (See attached order.)

    The Court of Appeals' order would seem to moot the Lupin Defendants motion to stay the injunction filed and briefed and pending in this Court (D.I. 353, 354, 364, 378). If the Court wishes us to withdraw that motion, we will do so.

    Respectfully submitted,

    /s/ *Richard D. Kirk*

    Richard D. Kirk (rk0922)

cc:    All counsel
       attachment

