# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al., ) | C.A. No. 09-037 (RBK) (JS) |
| Plaintiffs, ) | (CONSOLIDATED) |
| v. ) | |
| LUPIN LTD., et al., ) | |
| Defendants. ) | |
| SHIONOGI INC., et al., ) | |
| Plaintiffs, ) | |
| v. ) | C.A. NO. 10-135 (RBK) (JS) |
| MYLAN INC., et al., ) | |
| Defendants. ) | |

**LUPIN DEFENDANTS' MOTION FOR A PROTECTIVE ORDER CONCERNING ITS HIGHLY SENSITIVE COMMERCIAL INFORMATION INVOLVING COMMERCIAL RELATIONSHIPS AND SETTLEMENT NEGOTIATIONS**

Defendants Lupin Ltd. and Lupin Pharmaceuticals USA (collectively "Lupin"), by and through their undersigned counsel, hereby respectfully move for a protective order concerning its highly sensitive commercial information involving commercial relationships and settlement negotiations. The grounds for this Motion are more fully set forth in the accompanying Opening Brief filed contemporaneously herewith.

| | |
|---|---|
| April 23, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman |
| | Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler | Stephen B. Brauerman (sb4952) |
| Kelley Drye & Warren LLP | 222 Delaware Avenue, 9th Floor |
| 333 West Wacker Drive | P.O. box 25130 |
| Chicago, IL 60606 | Wilmington, DE 19899-5130 |
| (312) 857-7070 | (302) 655-5000 |
| dhochstetler@kelleydrye.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| Beth D. Jacob | |
| Kelley Drye & Warren LLP | |
| 101 Park Avenue | *Attorneys for Lupin Ltd. and Lupin* |
| New York, NY 10178 | *Pharmaceuticals, Inc.* |
| (212) 808-7800 | |
| bjacob@kelleydrye.com | |
| | |
| Karen A. Confoy | |
| Erica S. Helms | |
| Sterns & Weinroth | |
| 50 W. State Street, Ste. 1400 | |
| Trenton, NJ 08607-1298 | |