**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| SCIELE PHARMA, INC., et al., | ) | C.A. No. 09-037 (RBK) (JS) |
| | ) | |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| v. | ) | |
| | ) | |
| LUPIN LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SHIONOGI INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. NO. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**LUPIN DEFENDANTS' MOTION TO BIFURCATE LIABILITY AND DAMAGES
AND TO STAY DAMAGES DISCOVERY**

Defendants Lupin Ltd. and Lupin Pharmaceuticals USA (collectively "Lupin"), by and through their undersigned counsel, hereby respectfully move for an order, pursuant to Federal Rule of Civil Procedure 42, bifurcating the liability and damages phases of this action and to stay damages discovery.  The undersigned counsel hereby certifies that, pursuant to District of Delaware Local Rule 7.1, counsel for Lupin made good faith efforts to meet and confer with Plaintiffs regarding the relief sought in the Motion before filing the Motion.  The grounds for this Motion are more fully set forth in the accompanying Opening Brief filed contemporaneously herewith.

April 24, 2012

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL  60606
(312) 857-7070
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
(212) 808-7800
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste. 1400
Trenton, NJ 08607-1298

BAYARD P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*