```
           IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF DELAWARE
```

| | |
|---|---|
| SCIELE PHARMA, INC., et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>LUPIN, LTD, et al.,<br><br>       Defendants. | Civil No. 09-37 (RBK/JS) |

## **AMENDED SCHEDULING ORDER**

     IT IS this **24th** day of **April, 2012,** hereby **ORDERED:**

     1.  The Court has scheduled a telephone status conference for **April 30, 2012 at 3:00 p.m.**  The purpose of the call is the address Lupin's April 23, 2012 [D.I. 405] request and to discuss the issues to address at the May 11, 2012 conference. **Defense counsel shall initiate the telephone call**.

     **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                 s/ Joel Schneider
                                                 JOEL SCHNEIDER
                                                 United States Magistrate Judge