# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SCIELE PHARMA INC., et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**LUPIN LTD., et al.,** )<br>)<br>Defendants. )<br>) | **Civil No. 09-37 (RBK/JS)**<br>**(consolidated)** |
| **SHIONOGI PHARMA, INC., et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MYLAN INC., et al.,** )<br>)<br>Defendants. )<br>) | **Civil No. 10-135 (RBK/JS)** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Karen L. Carroll of the law firm of McGuireWoods LLP to represent Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. in this matter.

Dated: April 26, 2012

                                                       */s/ Mary B. Matterer*
                                                   Richard K. Herrmann (I.D. #405)
                                                   Mary B. Matterer (I.D. #2696)
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, DE 19801-1494
                                                   (302) 888-6800
                                                   mmatterer@morrisjames.com

                                                   *Attorneys for Defendants*
                                                   *MYLAN INC. and*
                                                   *MYLAN PHARMACEUTICALS INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____  _____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: April 26, 2012　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　Karen L. Carroll, Esq.
　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　77 West Wacker Drive, Suite 4100
　　　　　　　　　　　　　　　　　　Chicago, IL 60601-1818
　　　　　　　　　　　　　　　　　　312.750.8646
　　　　　　　　　　　　　　　　　　kcarroll@mcguirewoods.com