[D.I. No. 372]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA INC., et al, | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. 09-37 (RBK/JS) |
| LUPIN LTD., et al, | : | |
| Defendants. | : | |
| SHIONOGI PHARMA, INC., et al, | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. 10-135 (RBK/JS) |
| MYLAN INC., et al, | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED, this 27th day of April, 2012, that plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C.'s counsel's motion for admission *pro hac vice* of Graham L. Day of Polsinelli Shughart PC is GRANTED upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court Fund effective 7/23/09.  See Local Rule 83.5, Form Motion for Admission Pro Hac Vice.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge