[D.I. No. 374, 375]

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SCIELE PHARMA INC., et al, | |
| Plaintiffs, | |
| v. | Civil No. 09-37 (RBK/JS) |
| LUPIN LTD., et al, | |
| Defendants. | |
| SHIONOGI PHARMA, INC., et al, | |
| Plaintiffs, | |
| v. | Civil No. 10-135 (RBK/JS) |
| MYLAN INC., et al, | |
| Defendants. | |

**ORDER**

IT IS HEREBY ORDERED, this 27th day of April 2012, that defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. counsel's motion for admission *pro hac vice* of Myra C. Mormile, Stephen A. Wood, Barrett R. McVary and Clifford Katz, all of Kelley Drye & Warren LLP, is GRANTED upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court for each applicant in accordance with Standing Order for District Court Fund effective 7/23/09. See Local Rule 83.5, Form Motion for Admission *Pro Hac Vice*.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge