IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 09-037 (RBK) (JS) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| SHIONOGI, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 10-135 (RBK) (JS) |
| MYLAN, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Pharmaceuticals, (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C. (collectively "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") that the briefing schedule for (a) Lupin's Motion for a Protective Order Concerning Its Highly Sensitive Commercial Information Involving Commercial Relationships and Settlement Negotiations ("Lupin's Protective Order Motion"), (b) Lupin's Motion to Bifurcate Liability and Damages and to Stay Damages Discovery ("Lupin's Bifurcation Motion"), and (c) Plaintiffs' Motion for a Protective Order Regarding Defendant Lupin's Notices of Depositions to Shionogi

and Andrx Pursuant to Fed. R. Civ. P. 30(b)(6) ("Plaintiffs' Protective Order Motion") shall be as follows:

1. Plaintiffs shall file their opposition brief to Lupin's Protective Order Motion by May 1, 2012.

2. Lupin shall file its reply brief in further support of its Protective Order Motion by May 7, 2012.

3. Plaintiffs shall file their opposition brief to Lupin's Bifurcation Motion by May 2, 2012.

4. Lupin shall file its reply brief in further support of its Bifurcation Motion by May 8, 2012.

5. Lupin shall file its opposition to Plaintiffs' Protective Order Motion by May 1, 2012.

6. Plaintiffs shall file their reply brief in further support of their Protective Order Motion by May 7, 2012.

Dated: May 1, 2012

RICHARDS, LAYTON & FINGER P.A.

/s/ Steven J. Fineman

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com

Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jheaney@mnat.com

Attorneys for Sciele Pharma, Inc.

1

*Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

OF COUNSEL:

Gary E. Hood
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL  60601-3316

Robyn H. Ast
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

---

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606

Beth D. Jacob
Clifford Katz
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
David M. Burkoff
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068

2

Karen A. Confoy
Erica A. Helms
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ 08607

So Ordered this 1st day
of May, 2012

*/s/ Joel Schneider*
JOEL SCHNEIDER, USMJ