IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 09-037 (RBK)(JS) <br> CONSOLIDATED |
| SHIONOGI, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN, INC., and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 10-135 (RBK)(JS) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF MANOJ PANANCHUKUNNATH**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi Pharma, Inc. ("Shionogi") and Andrx Corporation; Andrx Pharmaceuticals, Inc., n/k/a Watson Laboratories, Inc. – Florida; Andrx

Pharmaceuticals L.L.C.; Andrx Laboratories (NJ), Inc.; Andrx EU Ltd.; and Andrx Labs, L.L.C. (collectively, "Andrx") (together, "Plaintiffs"), by and through their attorneys, will take the deposition upon oral examination of Manoj Pananchukunnath (aka P. Manoj Kumar), beginning on May 10, 2012 at 9:30 a.m. at the law offices of McGuireWoods LLP, 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA 15222, as agreed upon by the parties.  The deposition will continue from day to day until completed.

The deposition will be taken before a notary public or an officer authorized to administer oaths under the law, will be conducted in accordance with the Federal Rules of Civil Procedure and any other applicable rules, and may be recorded by audiovisual and/or stenographic means. The deposition will be taken for purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Fineman* | */s/ Jennifer Ying* |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| Steven J. Fineman (#4025) | Karen Jacobs Louden (#2881) |
| Jason J. Rawnsley (#5379) | Jennifer Ying  (#5550) |
| One Rodney Square | 1201 North Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, DE  19899 | Wilmington, DE  19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| cottrell@rlf.com | jblumenfeld@mnat.com |
| fineman@rlf.com | klouden@mnat.com |
| rawnsley@rlf.com | jying@mnat.com |
| *Attorneys for the Andrx Plaintiffs* | *Attorneys for Plaintiff Shionogi* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Gary E. Hood<br>POLSINELLI SHUGHART PC<br>161 North Clark, Suite 4200<br>Chicago, Illinois  60601<br>(312) 819-1900 | David A. Manspeizer<br>David Bassett<br>Peter Shen<br>Christopher R. Noyes<br>WILMER, CUTLER, PICKERING, HALE & DORR LLP<br>399 Park Ave<br>New York, NY  10022<br>(212) 263-8800 |
| Robyn H. Ast<br>POLSINELLI SHUGHART PC<br>100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>(314) 622-6614 | Liza M. Walsh<br>Rukhsanah Lighari<br>Patrick J. Murphy, III<br>CONNELL FOLEY LLP<br>85 Livingston Avenue<br>Roseland, NJ  07068<br>(201) 521-1000 |

May 4, 2012
5905793

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2012, electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on May 4, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Richard Herrmann, Esquire  *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan
Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire  *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan
Pharmaceuticals Inc.*

        */s/ Jennifer Ying*
        _____
        Jennifer Ying (#5550)