(D.I. 411)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>LUPIN, LTD, et al.,<br><br>            Defendants. | Civil No. 09-37 (RBK/JS) |
| SHIONOGI PHARMA, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>MYLAN, INC., et al.,<br><br>            Defendants. | Civil No. 10-135 (RBK/JS) |

## AMENDED ORDER

This matter is before the Court on Lupin's "Motion For a Protective Order Concerning Highly Sensitive Commercial Information Involving Commercial Relationships and Settlement Negotiations" (D.I. 411); and the Court having received plaintiffs' opposition and Lupin's reply; and the Court having heard oral argument on May 11, 2012; and the Court having issued its Oral Opinion on the record after the completion of oral argument; and the Court intending to make it clear that this Order does not address plaintiffs' subpoenas directed to non-parties that request "Highly

Sensitive Commercial Information"; and for all the reasons set forth in the Court's Oral Opinion,

IT IS HEREBY ORDERED this **14th** day of May, 2012, that Lupin's motion is **GRANTED in part and DENIED in part; and**

IT IS FURTHER ORDERED that the parties shall meet and confer regarding the subject interrogatories and document requests in a good faith effort to resolve their discovery disputes without intervention of the Court; and

IT IS FURTHER ORDERED that the subject Fed. R. Civ. P. 30(b)(6) depositions are stayed until further Order of the Court; and

IT IS FURTHER ORDERED that to the extent the parties cannot resolve their discovery disputes regarding Lupin's interrogatories and document requests directed to "Highly Sensitive Confidential Information", appropriate discovery motions shall be filed by June 15, 2012; **and**

**IT IS FURTHER ORDERED that Lupin's request for a protective order regarding plaintiffs' request for documents regarding its negotiations with _____ for the sale of its ANDA is GRANTED.**

s/ Joel Schneider  
JOEL SCHNEIDER  
United States Magistrate Judge