[D.I. No. 432]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., et al, <br><br> Defendants. | Civil No. 09-37 (RBK/JS) |
| SHIONOGI PHARMA, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC., et al, <br><br> Defendants. | Civil No. 10-135 (RBK/JS) |

## ORDER

IT IS HEREBY ORDERED, this 17th day of May, 2012, that plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C.'s counsel's motion for admission *pro hac vice* of Mark T. Deming of Polsinelli Shughart PC is GRANTED upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court Fund effective 7/23/09. See Local Rule 83.5, Form Motion for Admission Pro Hac Vice.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge