[D.I. No. 418]

## THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

```
                                    :
SCIELE PHARMA INC., et al,          :
                                    :
              Plaintiffs,           :
                                    :
      v.                            :        Civil No. 09-37 (RBK/JS)
                                    :
LUPIN LTD., et al,                  :
                                    :
              Defendants.           :
_____:
                                    :
SHIONOGI PHARMA, INC., et al,       :
                                    :
              Plaintiffs,           :
                                    :
      v.                            :        Civil No. 10-135 (RBK/JS)
                                    :
MYLAN INC., et al,                  :
                                    :
              Defendants.           :
_____:
```

### ORDER

IT IS HEREBY ORDERED, this 17th day of May 2012, that defendants Mylan, Inc. and Mylan Pharmaceuticals, Inc.'s counsel's motion for admission *pro hac vice* of Karen L. Carroll of McGuireWoods LLP, is GRANTED upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court Fund effective 7/23/09.  See Local Rule 83.5, Form Motion for Admission *Pro Hac Vice*.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge