[D.I. Nos. 424, 440]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LUPIN LTD., et al,<br><br>　　　　Defendants. | Civil No. 09-37 (RBK/JS) |
| SHIONOGI PHARMA, INC., et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN INC., et al,<br><br>　　　　Defendants. | Civil No. 10-135 (RBK/JS) |

## ORDER

IT IS HEREBY ORDERED, this 17th day of May, 2012, that plaintiffs Shionogi Pharma, Inc. and Sciele Pharma Inc.'s counsel's motion for admission *pro hac vice* of Jennifer E. Chen, Ryann M. Muir and Somil B. Trivedi of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP is GRANTED upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court for each applicant in accordance with Standing Order for District Court Fund effective 7/23/09.  See Local Rule 83.5, Form Motion for Admission Pro Hac Vice.

　　　　　　　　　　　　　　　　　　　　　/s/ Joel Schneider
　　　　　　　　　　　　　　　　　　　　　JOEL SCHNEIDER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge