# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 09-037 (RBK) (JS) |
| | ) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) |
| Defendants. | ) |
| SHIONOGI PHARMA, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 10-135 (RBK) (JS) |
| MYLAN INC., *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 22, 2012, copies of: (1) **LUPIN DEFENDANTS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO SHIONOGI** and (2) **LUPIN DEFENDANTS' FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ANDRX** were served as shown:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Jason Rawnsley
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY HAND DELIVERY**

| | |
|---|---|
| David A. Manspeizer | Gary E. Hood |
| David B. Bassett | Polsinelli Shughart PC |
| David M. Burkoff | 161 North Clark Street – Suite 4200 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Chicago, IL 60601-3316 |
| 399 Park Avenue | |
| New York, NY 10022 | |

PLEASE TAKE NOTICE that, on May 22, 2012, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

| | |
|---|---|
| | Frederick L. Cottrell, III |
| Mary B. Matterer | Steven J. Fineman |
| Morris James LLP | Jason Rawnsley |
| 500 Delaware Avenue, Suite 1500 | Richards Layton & Finger |
| Wilmington, DE 19899-2306 | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE 19801 |

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL & FIRST CLASS MAIL**

| | |
|---|---|
| David A. Manspeizer | George J. Barry, III |
| David B. Bassett | Timothy H. Kratz |
| David M. Burkoff | Robert Florence |
| Wilmer Cutler Pickering Hale and Dorr LLP | Angela Spivey |
| 399 Park Avenue | Tara Stuart |
| New York, NY 10022 | McGuire Woods LLP |
| | The Proscenium |
| | 1170 Peachtree N.E., Suite 2100 |
| | Atlanta, GA 30309-7649 |

| | |
|---|---|
| Robyn H. Ast<br>Graham L. Day<br>Polsinelli Shughart PC<br>100 South Fourth Street<br>Suite 1000<br>St. Louis, MO 63102 | Liza M. Walsh<br>Rukhsanah Lighari<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068 |

Gary E. Hood
Polsinelli Shughart PC
161 North Clark Street – Suite 4200
Chicago, IL 60601-3316

May 22, 2012

OF COUNSEL:

Douglass C. Hochstetler

Kelley Drye & Warren LLP

333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
Trenton, NJ 08607-1298

BAYARD P.A.

 /s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Defendants
Lupin Ltd. and Lupin Pharmaceuticals, Inc.*