IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RBK) (JS) |
| | ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Shionogi's Third Set of Requests for the Production of Documents and Things to Lupin Defendants (Nos. 80-81)* were caused to be served on May 30, 2012 upon the following in the manner indicated:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

D. Christopher Ohly, Esquire                         *VIA ELECTRONIC MAIL*
SCHIFF HARDIN LLP
1666 K Street, N.W.
Washington, DC  20006
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Douglass C. Hochstetler, Esquire                     *VIA ELECTRONIC MAIL*
Sailesh K. Patel, Esquire
Kathryn S. Devine, Esquire
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Beth D. Jacob, Esquire                               *VIA ELECTRONIC MAIL*
SCHIFF HARDIN LLP
900 Third Avenue – 23rd Floor
New York, NY  10022
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Richard Herrmann, Esquire                            *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue – Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                            *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire                          *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc., NKA Watson*
*Laboratories, Inc.-Florida, Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd., and Andrx Labs,*
*L.L.C.*

Gary E. Hood, Esquire                                        *VIA ELECTRONIC MAIL*
Michael H. Baniak, Esquire
Nicole E. Reifman. Esquire
MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, IL  60606
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc., NKA Watson*
*Laboratories, Inc.-Florida, Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd., and Andrx Labs,*
*L.L.C.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

*Attorneys for Plaintiffs Shionogi*

OF COUNSEL:

David A. Manspeizer
David Bassett
Christopher Noyes
Peter Shen
WILMER, CUTLER, PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 263-8800

May 30, 2012

5952550.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on May 30, 2012 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                      *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                 *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

D. Christopher Ohly, Esquire                     *VIA ELECTRONIC MAIL*
SCHIFF HARDIN LLP
1666 K Street, N.W.
Washington, DC  20006
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Douglass C. Hochstetler, Esquire                 *VIA ELECTRONIC MAIL*
Sailesh K. Patel, Esquire
Kathryn S. Devine, Esquire
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Beth D. Jacob, Esquire                           *VIA ELECTRONIC MAIL*
SCHIFF HARDIN LLP
900 Third Avenue – 23rd Floor
New York, NY  10022
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Richard Herrmann, Esquire                                   *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue – Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                   *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire                         *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc., NKA Watson Laboratories,*
*Inc.-Florida, Andrx Pharmaceuticals, L.L.C., Andrx*
*Laboratories (NJ), Inc., Andrx EU Ltd., and Andrx*
*Labs, L.L.C.*

Gary E. Hood, Esquire                                       *VIA ELECTRONIC MAIL*
Michael H. Baniak, Esquire
Nicole E. Reifman. Esquire
MCDONNELL BOEHNEN HULBERT
   & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, IL  60606
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc., NKA Watson Laboratories,*
*Inc.-Florida, Andrx Pharmaceuticals, L.L.C., Andrx*
*Laboratories (NJ), Inc., Andrx EU Ltd., and Andrx*
*Labs, L.L.C.*

                                          */s/ Jennifer Ying*
                                          Jennifer Ying (#5550)

2