## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RBK) (JS) |
| | ) | (CONSOLIDATED) |
| LUPIN LTD., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SHIONOGI PHARMA, INC., *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN PHARMACEUTICALS, INC., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION OF ELLIOT HAHN

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") shall take the deposition of Elliot Hahn on June 14, 2012, commencing at 9:30 a.m., and continuing from day to day until completed, at the Renaissance Fort Lauderdale Plantation Hotel – Florida (FL), 1230 South Pine Island Road, Plantation, Florida 33324. The deposition shall take place before a person duly authorized to administer oaths and shall be recorded by stenographic and videotape means. You are invited to attend and participate in the manner provided by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: June 7, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| Douglass C. Hochstetler<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>(312) 258-2629<br>dhochstetler@kelleydrye.com | |
| | *Attorneys for Defendants*<br>*Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| Beth D. Jacob<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7624<br>bjacob@kelleydrye.com | |
| Karen A. Confoy<br>Erica S. Helms<br>Sterns & Weinroth<br>50 W. State Street, Ste 1400<br>P.O. Box 1298<br>Trenton, NJ 08607-1298 | |