**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RBK) (JS) |
| | ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| SHIONOGI, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION REGARDING SUBMISSION OF**
**DISCOVERY DISPUTE LETTERS**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Pharmaceuticals, (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C. (collectively "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin"),[1] that:

1.      The deadline for the parties to submit letters to the Court concerning outstanding discovery disputes including discovery disputes regarding Lupin's highly sensitive commercial information shall be June 15, 2012.

_____

[1]   Defendant Mylan, Inc. does not joint in this Stipulation, but also does not oppose this Stipulation.

2.      The deadline for the parties to submit response letters to the Court shall be three

(3) days prior to the hearing referenced in Paragraph 3, below.

3.      The in-person status conference that was set for June 18, 2012 (D.I. 393) is

cancelled.  An in-person hearing concerning the outstanding discovery disputes shall be held on

_____ ____, 2012 at _____ __.m. before the Honorable Joel Schneider.

June 8, 2012

BAYARD, P.A.                                        RICHARDS, LAYTON & FINGER P.A.

/s/ Stephen B. Brauerman                            /s/ Steven J. Fineman
Richard D. Kirk (#922)                              Frederick L. Cottrell, III (#2555)
Stephen B. Brauerman (#4952)                        Steven J. Fineman (#4025)
222 Delaware Avenue, Suite 900                      One Rodney Square
Wilmington, DE  19801                               P.O. Box 551
(302) 655-5000                                      Wilmington, DE 19899
rkirk@bayardlaw.com                                 (302) 651-7700
sbrauerman@bayardlaw.com                            cottrell@rlf.com
                                                    fineman@rlf.com
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*                              *Attorneys for Andrx Corporation, Andrx
                                                    Pharmaceuticals, Inc. (n/k/a Watson Laboratories,
OF COUNSEL:                                         Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx
                                                    Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx
Douglass C. Hochstetler                             Labs, L.L.C.*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor                   OF COUNSEL:
Chicago, IL  60606
                                                    Gary E. Hood
Beth D. Jacob                                       POLSINELLI SHUGHART PC
Clifford Katz                                       161 North Clark Street, Suite 4200
KELLEY DRYE & WARREN LLP                            Chicago, IL  60601-3316
101 Park Avenue
New York, NY  10178                                 Robyn H. Ast
                                                    POLSINELLI SHUGHART PC
Karen A. Confoy                                     100 South Fourth Street, Suite 1000
Erica A. Helms                                      St. Louis, MO  63102
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ 08607

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jheaney@mnat.com

*Attorneys for Sciele Pharma, Inc.*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
David M. Burkoff
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR
LLP
399 Park Avenue
New York, NY  10022

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068

IT IS SO ORDERED THIS ___ day of June, 2012.


_____
The Honorable Joel Schneider
United States Magistrate Judge