# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RBK) (JS) |
| | ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SHIONOGI PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 12, 2012, copies of: (1) **LUPIN DEFENDANTS' FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO SHIONOGI** and (2) **LUPIN DEFENDANTS' FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ANDRX** were served as shown:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Jason Rawnsley
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY HAND DELIVERY**

| | |
|---|---|
| David A. Manspeizer | Gary E. Hood |
| David B. Bassett | Polsinelli Shughart PC |
| David M. Burkoff | 161 North Clark Street – Suite 4200 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Chicago, IL 60601-3316 |
| 399 Park Avenue | |
| New York, NY 10022 | |

PLEASE TAKE NOTICE that, on June 12, 2012, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

| | |
|---|---|
| | Frederick L. Cottrell, III |
| Mary B. Matterer | Steven J. Fineman |
| Morris James LLP | Jason Rawnsley |
| 500 Delaware Avenue, Suite 1500 | Richards Layton & Finger |
| Wilmington, DE 19899-2306 | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE  19801 |

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL & FIRST CLASS MAIL**

| | |
|---|---|
| David A. Manspeizer | George J. Barry, III |
| David B. Bassett | Timothy H. Kratz |
| David M. Burkoff | Robert Florence |
| Wilmer Cutler Pickering Hale and Dorr LLP | Angela Spivey |
| 399 Park Avenue | Tara Stuart |
| New York, NY 10022 | McGuire Woods LLP |
| | The Proscenium |
| | 1170 Peachtree N.E., Suite 2100 |
| | Atlanta, GA 30309-7649 |

Robyn H. Ast
Graham L. Day
Polsinelli Shughart PC
100 South Fourth Street
Suite 1000
St. Louis, MO 63102

Gary E. Hood
Polsinelli Shughart PC
161 North Clark Street – Suite 4200
Chicago, IL 60601-3316

June 12, 2012

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
Trenton, NJ  08607-1298

Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

BAYARD P.A.

 /s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Defendants
Lupin Ltd. and Lupin Pharmaceuticals,
Inc.*