IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 09-037 (RBK) (JS) |
| | ) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) |
| Defendants. | ) |
| SHIONOGI, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 10-135 (RBK) (JS) |
| MYLAN, INC., *et al.*, | ) |
| Defendants. | ) |

**JOINT STIPULATION REGARDING SUBMISSION OF**
**DISCOVERY DISPUTE LETTERS**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Pharmaceuticals, (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C. (collectively "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin"),[1] that:

1. The deadline for the parties to submit letters to the Court concerning outstanding discovery disputes including discovery disputes regarding Lupin's highly sensitive commercial information shall be June 15, 2012.

---

[1] Defendant Mylan, Inc. does not joint in this Stipulation, but also does not oppose this Stipulation.

2. The deadline for the parties to submit response letters to the Court shall be three (3) days prior to the hearing referenced in Paragraph 3, below.

3. The in-person status conference that was set for June 18, 2012 (D.I. 393) is cancelled. An in-person hearing concerning the outstanding discovery disputes shall be held on _June_ _26_, 2012 at _11:00 a_.m. before the Honorable Joel Schneider.

June 8, 2012

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER P.A. |
|---|---|
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*<br><br>OF COUNSEL:<br><br>Douglass C. Hochstetler<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br><br>Beth D. Jacob<br>Clifford Katz<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Karen A. Confoy<br>Erica A. Helms<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ 08607 | /s/ Steven J. Fineman<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br><br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*<br><br>OF COUNSEL:<br><br>Gary E. Hood<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316<br><br>Robyn H. Ast<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO 63102 |

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jheaney@mnat.com

*Attorneys for Sciele Pharma, Inc.*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
David M. Burkoff
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068

IT IS SO ORDERED THIS 13th day of June, 2012.

The Honorable Joel Schneider
United States Magistrate Judge