**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SCIELE PHARMA INC., et al.,**  )<br>)<br>　　　　　　　　**Plaintiffs,**  )<br>)<br>　　　　v.  )<br>)<br>**LUPIN LTD., et al.,**  )<br>)<br>　　　　　　　　**Defendants.**  ) | **Civil No. 09-37 (RBK/JS)**<br>**(consolidated)** |
| **SHIONOGI PHARMA, INC., et al.,**  )<br>)<br>　　　　　　　　**Plaintiffs,**  )<br>)<br>　　　　v.  )<br>)<br>**MYLAN INC., et al.,**  )<br>)<br>　　　　　　　　**Defendants.**  ) | **Civil No. 10-135 (RBK/JS)** |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Micheal L. Binns and Anil H. Patel of the law firm McGuireWoods LLP to represent Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. in this matter.

Dated: June 13, 2012

　　　　　　　　　　　　　　　　　　　　　　 */s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. #405)
　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1494
　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　*MYLAN INC. and*
　　　　　　　　　　　　　　　　　　　　　　*MYLAN PHARMACEUTICALS INC.*

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, New Jersey, and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 13, 2012

Signed: _____
Micheal L. Binns, Esq.
McGuireWoods LLP
Promenade II
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia 30309
404.443.5748
mbinns@mcguirewoods.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 8, 2012

Signed: _____
Anil H. Patel, Esq.
McGuireWoods LLP
Promenade II
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia 30309
404.443.5619
apatel@mcguirewoods.com