IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 09-037 (RBK) (JS) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| SHIONOGI, INC., *et al.*, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. No. 10-135 (RBK) (JS) |
| MYLAN, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

JOINT STIPULATION REGARDING SUBMISSION OF
DISCOVERY DISPUTE LETTERS

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Pharmaceuticals, (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C. (collectively "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin"),[1] that:

1. The deadline for the parties to the above referenced actions to submit letters to the Court concerning outstanding discovery disputes shall be June 29, 2012.

---

[1] Although Defendants Mylan, Inc. and Mylan Pharmaceuticals Inc. do not believe further extensions are necessary, they do not object to the extension and agree to be bound by the Stipulation.

2. The deadline for the parties to submit response letters to the Court shall be July 5, 2012.

3. The in-person status conference that was set for June 26, 2012 (D.I. 468) is cancelled. An in-person hearing concerning the outstanding discovery disputes shall be held on _July_ _13_, 2012 at _11:00 a_.m. before the Honorable Joel Schneider.

June 14, 2012

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606

Beth D. Jacob
Clifford Katz
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Karen A. Confoy
Erica A. Helms
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ 08607

RICHARDS, LAYTON & FINGER P.A.

*/s/ Steven J. Fineman*
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com

*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

OF COUNSEL:

Gary E. Hood
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL 60601-3316

Robyn H. Ast
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Julia Heaney (#3052)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jheaney@mnat.com
jying@mnat.com

*Attorneys for Sciele Pharma, Inc.*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
David M. Burkoff
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068

IT IS SO ORDERED THIS 18th day of June, 2012.

_____
The Honorable Joel Schneider
United States Magistrate Judge

5979104