# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 09-037 (RBK) (JS) |
| | ) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) ) |
| Defendants. | ) ) |
| SHIONOGI PHARMA, INC., *et al.*, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 10-135 (RBK) (JS) |
| MYLAN PHARMACEUTICALS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF JANE CHEN

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., by its attorneys Kelley Drye & Warren LLP, shall take the deposition of Jane Chen on June 28, 2012, commencing at 9:00 a.m., and continuing from day to day until completed, at the Boca Raton Marriott at Boca Center, 5150 Town Center Circle, Boca Raton, Florida 33486. The deposition shall take place before a person duly authorized to administer oaths and shall be recorded by stenographic and videotape means. You are invited to attend and participate in the manner provided by the Federal Rules of Civil Procedure.

The deposition is being taken for the purpose of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Dated: June 20, 2012

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
P.O. Box 1298
Trenton, NJ 08607-1298

BAYARD P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants
Lupin Ltd. and Lupin Pharmaceuticals, Inc.*