IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., | ) | |
| ANDRX CORPORATION, ANDRX | ) | |
| PHARMACEUTICALS, INC. (N/K/A | ) | |
| WATSON LABORATORIES, INC.- | ) | |
| FLORIDA), ANDRX PHARMACEUTICALS, | ) | C.A. No. 09-037 (RBK)(JS) |
| L.L.C., ANDRX LABORATORIES (NJ), | ) | CONSOLIDATED |
| INC., ANDRX EU LTD., AND ANDRX | ) | |
| LABS, L.L.C., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LUPIN LTD., and | ) | |
| LUPIN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC., | ) | |
| ANDRX CORPORATION, ANDRX | ) | |
| PHARMACEUTICALS, INC. (N/K/A | ) | |
| WATSON LABORATORIES, INC.- | ) | |
| FLORIDA), ANDRX PHARMACEUTICALS, | ) | |
| L.L.C., ANDRX LABORATORIES (NJ), | ) | |
| INC., ANDRX EU LTD., AND ANDRX | ) | |
| LABS, L.L.C., | ) | |
| | ) | C.A. No. 10-135 (RBK)(JS) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MYLAN, INC., and | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE that the appearance of David M. Burkoff should be

withdrawn as an attorney of record for Plaintiff Sciele Pharma, Inc., n/k/a Shionogi, Inc.

("Shionogi") in the above-captioned cases. All other current counsel of record will continue to represent Shionogi in these matters, and are not intended to be affected by this notice.

It is requested that the Clerk of the Court please make the appropriate deletion in the list of persons receiving notices of electronic filings in these cases.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Jennifer Ying*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

*Attorneys for Plaintiff Sciele*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
Peter Shen
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(201) 521-1000

June 20, 2012

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2012, I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following

all registered participants.

I also certify that copies were caused to be served on June 20, 2012, upon the

following in the manner indicated:

Richard D. Kirk, Esquire                                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Douglass C. Hochstetler, Esquire                            *VIA ELECTRONIC MAIL*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Beth D. Jacob, Esquire                                              *VIA ELECTRONIC MAIL*
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Karen A. Confoy, Esquire                                         *VIA ELECTRONIC MAIL*
Erica A. Helms, Esquire
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ  08607
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Richard Herrmann, Esquire                          *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                          *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire                *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington. DE 19801
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

Gary E. Hood, Esquire                              *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL  60601-3316
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

Robyn H. Ast, Esquire                                          *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

                                                               */s/ Jennifer Ying*
                                                               _____
                                                               Jennifer Ying (#5550)