# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al*., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LUPIN LTD., *et al*., ) <br> ) <br> Defendants. ) <br> _____ ) <br> SHIONOGI PHARMA, INC., *et al*., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MYLAN INC., *et al*., ) <br> ) <br> Defendants. ) | C.A. No. 09-037 (RBK) (JS) <br> (CONSOLIDATED) <br><br><br><br><br><br><br> C.A. No. 10-135 (RBK) (JS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 25, 2012, copies of: (1) **LUPIN DEFENDANTS' RESPONSES TO SHIONOGI'S MAY 23, 2012 REQUEST FOR REPRESENTATIVE SAMPLES OF LUPIN'S ANDA PRODUCT** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld <br> Karen Jacobs Louden <br> Julia Heaney <br> Jennifer Ying <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> Wilmington, DE 19801 | Frederick L. Cottrell, III <br> Steven J. Fineman <br> Jason Rawnsley <br> Richards Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 |

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

**BY E-MAIL & FIRST CLASS MAIL**

David A. Manspeizer
David B. Bassett
David M. Burkoff
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

George J. Barry, III
Timothy H. Kratz
Robert Florence
Angela Spivey
Tara Stuart
McGuire Woods LLP
The Proscenium
1170 Peachtree N.E., Suite 2100
Atlanta, GA 30309-7649

Robyn H. Ast
Graham L. Day
Polsinelli Shughart PC
100 South Fourth Street
Suite 1000
St. Louis, MO 63102

Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

Gary E. Hood
Polsinelli Shughart PC
161 North Clark Street – Suite 4200
Chicago, IL 60601-3316

| | |
|---|---|
| June 25, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler <br> Kelley Drye & Warren LLP <br> 333 West Wacker Drive, 26th Floor <br> Chicago, IL 60606 <br> (312) 258-2629 <br> dhochstetler@kelleydrye.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, 9th Floor <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> (302) 655-5000 <br> rkirk@bayardlaw.com |
| Beth D. Jacob <br> Kelley Drye & Warren LLP <br> 101 Park Avenue <br> New York, NY 10178 <br> (212) 808-7624 <br> bjacob@kelleydrye.com | sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br><br> *Attorneys for Defendants* <br> *Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| Karen A. Confoy <br> Erica S. Helms <br> Sterns & Weinroth <br> 50 W. State Street, Ste 1400 <br> Trenton, NJ  08607-1298 | |