# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA INC., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 09-37 (RBK/JS) |
| LUPIN LTD., et al., | ) ) | (consolidated) |
| Defendants. | ) ) ) | |
| SHIONOGI PHARMA, INC., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 10-135 (RBK/JS) |
| MYLAN INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Micheal L. Binns and Anil H. Patel of the law firm McGuireWoods LLP to represent Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. in this matter.

Dated: June 13, 2012

/s/ *Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*
*MYLAN INC. and*
*MYLAN PHARMACEUTICALS INC.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: __6-28-12__     _____
United States District Court Judge