**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RBK)(JS) |
| | ) | |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | REDACTED VERSION |
| _____ | ) | |

**DECLARATION OF STEPHEN BRAUERMAN IN SUPPORT OF
LUPIN'S REPLY BRIEF IN FURTHER SUPPORT OF ITS
MOTION FOR PROTECTIVE ORDER CONCERNING ITS
HIGHLY SENSITIVE COMMERCIAL INFORMATION
INVOLVING COMMERCIAL RELATIONSHIP AND
SETTLEMENT NEGOTIATIONS**

I, Stephen B. Brauerman, Esq., declare as follows:

1.     I am a member of the bar of the State of Delaware, admitted to practice before the

United States District Court for the District of Delaware, and an associate at the law firm of

Bayard, P.A., counsel for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd. (collectively,

"Lupin") in the above-captioned proceedings.

2.     I submit this declaration in support of Lupin's Reply Brief in Further Support of

its Motion for a Protective Order Concerning its Highly Sensitive Commercial Information

Involving Commercial Relationships and Settlement Negotiations.

3.     Attached as Exhibit A is a true and accurate copy of a document produced by

Plaintiffs as ████████████████ █████████████████████████████████

██████████" Bates numbered SHIO 019365-87.

4.      Attached as Exhibit B is a true and accurate copy of a document produced by

Plaintiffs as the ███████████████ " Bates numbered SHIO 019388-408.

5.      Attached as Exhibit C is a true and accurate copy of Lupin Defendants'

Objections and Responses to Shionogi's Second Set of Requests for the Production of

Documents and Things, dated March 15, 2012.

DATED: May 7, 2012                    By: /s/ Stephen B. Brauerman (sb4952)

Redacted Version Filed on July 27, 2012