# Exhibits A-B are Redacted in Their Entirety.