

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

July 30, 2012

**BY FACSIMILE AND E-FILING**
The Honorable Joel Schneider
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

    Re:   *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.,*
            **C.A. No. 09-037 (RBK) (JS)**

            *Shionogi Pharma, Inc., et al. v. Mylan Inc, et al.,*
            **C.A. No. 10-135 (RBK) (JS)**

Your Honor:

    This firm along with McGuireWoods LLP represents Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan") in the above-referenced, consolidated actions. We write on behalf of all of the parties to the actions to inform the Court that, following the recent discovery hearing, the parties exchanged further correspondence regarding the case schedule and propose the following schedule for the Court's consideration:

| EVENT | DATE/DEADLINE |
|---|---|
| Close of fact discovery | November 16, 2012 |
| Opening expert reports | December 20, 2012 |
| Responsive expert reports | February 8, 2013 |
| Close of expert discovery | April 5, 2013 |
| Dispositive and Daubert Motions due | May 1, 2013 |

    If this schedule meets with the Court's approval, we request that the Court "So Order" the letter in the space provided below.

Morris James LLP

The Honorable Joel Schneider
July 30, 2012
Page 2

     We would be happy to answer any questions the Court may have. We appreciate the Court's consideration of this matter.

          Respectfully,

          */s/ Mary B. Matterer*

          Mary B. Matterer (I.D. # 2696)
          *mmatterer@morrisjames.com*

cc: Counsel of record (via email)

**SO ORDERED** this _____ day of _____, 2012.

          _____
          HONORABLE JOEL SCHNEIDER
          UNITED STATES MAGISTRATE JUDGE