# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LUPIN LTD., *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 09-037 RBK-JS<br>)  (CONSOLIDATED)<br>)<br>)<br>) |
| SHIONOGI PHARMA, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN INC., *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF INTENT TO REDACT

Pursuant to the Court's Policy on the Electronic Availability of Transcripts of Court Proceedings, Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan") hereby notify the Court that Mylan intends to file a Redaction Request regarding the transcript of the July 13, 2012 status conference held before The Honorable Joel Schneider in the above captioned action.

Dated: August 6, 2012　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. #405)
　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801-1494
　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

*Of Counsel*:

Timothy H. Kratz
Robert L. Florence
George J. Barry III
MCGUIRE WOODS LLP
1170 Peachtree Street, Suite 2100
Atlanta, Georgia 30309
(404) 443-5500

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*