# M<small>ORRIS</small>, N<small>ICHOLS</small>, A<small>RSHT</small> & T<small>UNNELL</small> <small>LLP</small>

1201 N<small>ORTH</small> M<small>ARKET</small> S<small>TREET</small>
P.O. B<small>OX</small> 1347
W<small>ILMINGTON</small>, D<small>ELAWARE</small>  19899-1347

(302) 658-9200
(302) 658-3989 FAX

**K<small>AREN</small> J<small>ACOBS</small> L<small>OUDEN</small>**
(302) 351-9227
(302) 425-4681 FAX
klouden@mnat.com

August 6, 2012 - Redacted Filing Date
August 6, 2012  - Original Filing Date

REDACTED - PUBLIC VERSION

**BY E-FILING AND FAX**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, New Jersey  08101

Re: *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

Plaintiff Shionogi Pharma, Inc. ("Shionogi") writes concerning the unauthorized reply letter filed by Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan") on August 3, 2012, regarding the discoverability of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in view of the Federal Circuit's decision in *In re MSTG,* 675 F.3d 1337 (Fed. Cir. 2012).  D.I. 521. Shionogi respectfully requests that the Court strike Mylan's August 3 letter because the Court permitted only opening and answering letters to be filed, and Mylan did not seek leave to file a reply.  July 13 Hearing Tr. at 86:14-17.

In the event the Court were to consider Mylan's August 3 letter, Shionogi respectfully requests that it be given one week to respond.

Respectfully submitted,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

cc: All Counsel of Record
6186070