NOT FOR PUBLICATION (Doc. No. 353)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SCIELE PHARMA INC.,
(N/K/A SHIONOGI PHARMA INC.),
ANDRX CORPORATION,
ANDRX PHARMACEUTICALS, INC.
(N/K/A WATSON LABORATORIES,
INC., FLORIDA),
ANDRX PHARMACEUTICALS, L.L.C.,
ANDRX LABORATORIES (NJ), INC.
ANDRX EU LTD.,
and ANDRX LABS, L.L.C.,

    Plaintiffs,

v.

LUPIN LTD.,
and LUPIN PHARMACEUTICALS, INC.,

and MYLAN INC.,
and MYLAN PHARMACEUTICALS, INC.

    Defendants.

Civil No. 09-0037 (RBK/JS)

**THIS MATTER** having come before the Court on the motion of Defendant Lupin to stay enforcement of this Court's December 6, 2011 Order for Preliminary Injunction; and

**THE COURT NOTING** that, on July 2, 2012, the Court of Appeals for the Federal Circuit vacated this Court's December 6, 2011 Order for Preliminary Injunction;

**IT IS HEREBY ORDERED** that Defendant Lupin's motion to stay enforcement of this Court's December 6, 2011 Order is **DENIED AS MOOT**.

Dated: 8/9/2012

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge