# United States Court of Appeals for the Federal Circuit

2012-1228

SCIELE PHARMA INC. (now known as Shionogi Pharma Inc.),

Plaintiff-Appellee,

and

ANDRX CORPORATION, ANDRX PHARMACEUTICALS INC.
(doing business as Watson Laboratories Inc. – Florida),
ANDRX PHARMACEUTICALS L.L.C., ANDRX LABORATORIES (NJ) INC.,
ANDRX EU LTD., and ANDRX LABS L.L.C.,

Plaintiffs,

v.

LUPIN LTD. and LUPIN PHARMACEUTICALS INC.,

Defendants-Appellants,

and

MYLAN INC. and MYLAN PHARMACEUTICALS INC.,

Defendants.

## Judgment

ON APPEAL from the United States District Court for the District of Delaware

in CASE NO(S). 09-CV-0037

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**VACATED and REMANDED**

ENTERED BY ORDER OF THE COURT

DATED JUL - 2 2012

*Jan Horbaly /JB*

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** AUG 0 9 2012

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By_____ Date: 8/10/12