# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>LUPIN LTD., *et al.*,<br><br>            Defendants. | C.A. No. 09-37 (RBK/JS)<br>(consolidated) |
| SHIONOGI PHARMA, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>MYLAN INC., *et al.*,<br><br>            Defendants. | C.A. No. 10-135 (RBK/JS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Andrx Plaintiffs' Supplemental Responses to Lupin's Interrogatories to Andrx Plaintiffs Nos. 1 and 9 were caused to be served on August 15, 2012, on the following counsel in the manner indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

RLF1 6604487v.1

**VIA EMAIL**
Richard Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**VIA EMAIL**
Douglass C. Hochstetler
Stephen A. Wood
Myra C. Mormile
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com
mmormile@kelleydrye.com
swood@kelleydrye.com

**VIA EMAIL**
Timothy H. Kratz
Robert L. Florence
George J. Barry III
Micheal L. Binns
Anil H. Patel
McGuire Woods LLP
1170 Peachtree Street, Ste. 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rflorence@mcguirewoods.com
gbarry@mcguirewoods.com
mbinns@mcguirewoods.com
apatel@mcguirewoods.com

**VIA EMAIL**
Karen A. Confoy
Erica S. Helms
Sterns & Weinroth PC
50 West State Street, Suite 1400
kconfoy@sternslaw.com
ehelms@sternslaw.com

**VIA EMAIL**
Christopher R. Noyes
Ryann M. Muir
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
christopher.noyes@wilmerhale.com
ryann.muir@wilmerhale.com

**VIA EMAIL**
Beth D. Jacob
Clifford Katz
Barrett R. McVary
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

**VIA EMAIL**
David B. Bassett
David A. Manspeizer
Somil B. Trivedi
Wilmer, Cutler, Pickering, Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
somil.trivedi@wilmerhale.com

**VIA EMAIL**
Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
rlighari@connellfoley.com

RLF1 6604487v.1

**VIA EMAIL**
Karen L. Carroll
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
kcarroll@mcguirewoods.com

**VIA EMAIL**
Jennifer E. Chen
Wilmer, Cutler, Pickering, Hale & Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
jennifer.chen@wilmerhale.com

OF COUNSEL:

Gary E. Hood
Mark T. Deming
POLSINELLI SHUGHART PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601-3316
(312) 873-3653

Graham L. Day
Robyn H. Ast
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 622-6614

Dated: August 15, 2012

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.*