## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>LUPIN LTD., *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-37 (RBK/JS)<br>)   (consolidated) |

| | |
|---|---|
| SHIONOGI PHARMA, INC., *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>MYLAN INC., *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 10-135 (RBK/JS)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the Supplemental Rule 26(a)(1)

Initial Disclosures of Andrx Plaintiffs were caused to be served on August 15, 2012, on the

following counsel in the manner indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

**VIA EMAIL**
Richard Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**VIA EMAIL**
Douglass C. Hochstetler
Stephen A. Wood
Myra C. Mormile
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606
dhochstetler@kelleydrye.com
mmormile@kelleydrye.com
swood@kelleydrye.com

**VIA EMAIL**
Timothy H. Kratz
Robert L. Florence
George J. Barry III
Micheal L. Binns
Anil H. Patel
McGuire Woods LLP
1170 Peachtree Street, Ste. 2100
Atlanta, GA  30309
tkratz@mcguirewoods.com
rflorence@mcguirewoods.com
gbarry@mcguirewoods.com
mbinns@mcguirewoods.com
apatel@mcguirewoods.com

**VIA EMAIL**
Karen A. Confoy
Erica S. Helms
Sterns & Weinroth PC
50 West State Street, Suite 1400
kconfoy@sternslaw.com
ehelms@sternslaw.com

**VIA EMAIL**
Christopher R. Noyes
Ryann M. Muir
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
christopher.noyes@wilmerhale.com
ryann.muir@wilmerhale.com

**VIA EMAIL**
Beth D. Jacob
Clifford Katz
Barrett R. McVary
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

**VIA EMAIL**
David B. Bassett
David A. Manspeizer
Somil B. Trivedi
Wilmer, Cutler, Pickering, Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
somil.trivedi@wilmerhale.com

**VIA EMAIL**
Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
rlighari@connellfoley.com

**VIA EMAIL**
Karen L. Carroll
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
kcarroll@mcguirewoods.com

**VIA EMAIL**
Jennifer E. Chen
Wilmer, Cutler, Pickering, Hale & Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
jennifer.chen@wilmerhale.com

OF COUNSEL:

Gary E. Hood
Mark T. Deming
POLSINELLI SHUGHART PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601-3316
(312) 873-3653

Graham L. Day
Robyn H. Ast
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 622-6614

Dated: August 15, 2012

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU, Ltd., & Andrx Labs,*
*L.L.C.*