IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.- FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., | ) ) ) ) ) ) ) ) ) | C.A. No. 09-037 (RBK)(JS) CONSOLIDATED |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.- FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-135 (RBK)(JS) |
| v. | ) ) | |
| MYLAN, INC., and MYLAN PHARMACEUTICALS INC., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Plaintiff Shionogi's Supplemental Responses to Lupin's Interrogatory Nos. 1 and 8-10* and (2) *Shionogi's Responses*

*and Objections To Lupin's Notice of 30(B)(6) Deposition* were caused to be served on August 15, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ 08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA  30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Karen L. Carroll, Esquire<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL  60601-1818<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington. DE 19801<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Robyn H. Ast, Esquire<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO  63102<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| OF COUNSEL:<br><br>David A. Manspeizer<br>David B. Bassett<br>Christopher R. Noyes<br>Peter Shen<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY  10022<br>(212) 230-8800<br><br>Liza M. Walsh<br>Rukhsanah Lighari<br>Patrick J. Murphy<br>CONNELL FOLEY LLP<br>85 Livingston Avenue<br>Roseland, NJ  07068<br>(201) 521-1000<br><br>August 15, 2012<br>6247840 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jying@mnat.com<br><br>*Attorneys for Plaintiff Sciele* |

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on August 15, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Karen L. Carroll, Esquire<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington. DE 19801<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Robyn H. Ast, Esquire<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO  63102<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)