IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>LUPIN, LTD, et al.,<br><br>        Defendants. | Civil No. 09-37 (RBK/JS) |

## AMENDED SCHEDULING ORDER

IT IS this **27th** day of **August, 2012,** hereby **ORDERED:**

1. Pretrial factual discovery is hereby extended to **November 16, 2012.**

2. All parties with the affirmative burden of proof on an issue shall serve expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) by **December 20, 2012.** Responsive expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) shall be served by **February 8, 2013.** Each such report should be accompanied by the curriculum vitae of the proposed expert witness. Depositions of proposed expert witnesses shall be concluded by **March 15, 2013.**

3. **Dispositive Motions.** All Daubert and dispositive motions shall be filed with the Clerk of the Court no later than **April 15, 2013,** in accordance with the applicable Federal and Local Rules of Civil Procedure.

4. At least three (3) days prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

5. The Court will conduct an in-person status conference on **November 5, 2012 at 2:00 p.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                            s/ Joel Schneider
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge