[Doc. No. 484]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 09-037 (RBK) (JS) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| SHIONOGI, INC., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 10-135 (RBK) (JS) |
| MYLAN, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION REGARDING AMENDED SCHEDULING ORDER — DENIED AS MOOT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc. – Florida), Andrx Pharmaceuticals, L.L.C., Andrx Pharmaceuticals (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C., and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., that the deadlines in the Amended Scheduling Order (D.I. 393) shall be revised as follows:[1]

1. Pretrial factual discovery is hereby extended to **August 31, 2012**.[2]

---

[1] Although Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan") agree that a modification to the schedule is warranted, they do not agree that an extension of the requested duration is necessary. We are authorized to represent that Mylan will not formally oppose the requested extension and agrees to be bound by this stipulation.

[2] Lupin will work together with the other parties in an attempt to meet the proposed deadlines, but Lupin has concerns that an additional extension may be needed.

2. All parties with the affirmative burden of proof on an issue shall serve expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) by **October 2, 2012**. Responsive expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) shall be served by **November 9, 2012**. Each such report shall be accompanied by the curriculum vitae of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **December 31, 2012**.

3. Dispositive and Daubert motions shall be filed with the Clerk of the Court no later than **January 31, 2013**, in accordance with the applicable Federal and Local Rules.

June 29, 2012

RICHARDS, LAYTON & FINGER P.A.

/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

OF COUNSEL:

Gary E. Hood
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

Douglass C. Hochstetler
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606

Beth D. Jacob
Clifford Katz
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

2

Chicago, IL 60601-3316

Robyn H. Ast
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102

Karen A. Confoy
Erica A. Helms
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ 08607

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Julia Heaney (#3052)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jheaney@mnat.com
jying@mnat.com

*Attorneys for Sciele Pharma, Inc.*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
David M. Burkoff
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068

3

IT IS SO ORDERED THIS 10th day of September 2012.

*Joel Schneider*
The Honorable Joel Schneider
United States Magistrate Judge

→ The foregoing Stipulation is DENIED as moot. See August 27, 2012 Amended Scheduling Order [D.I. 544].

4