IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LTD., *et al.*, )<br>)<br>Defendants. ) | <br><br><br><br><br>C.A. No. 09-037 (RBK) (JS)<br>(CONSOLIDATED)<br> |
| SHIONOGI PHARMA, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYLAN INC., *et al.*, )<br>)<br>Defendants. ) | <br><br><br><br><br>C.A. No. 10-135 (RBK) (JS)<br><br> |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Shionogi's Fourth Set of Requests for the Production of Documents and Things to Mylan Defendants (Nos. 69-73)* and (2) *Shionogi's Fourth Set of Requests for the Production of Documents and Things to Lupin Defendants (Nos. 82-89)* were caused to be served on October 5, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire  *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire  *and HAND DELIVERY*
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

| | |
|---|---|
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL*<br>  *and HAND DELIVERY* |
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA  30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Karen L. Carroll, Esquire<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL  60601-1818<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington. DE 19801<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Robyn H. Ast, Esquire<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO  63102<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jennifer Ying* |
| | Jack B. Blumenfeld (#1014) |
| | Karen Jacobs Louden (#2881) |
| | Jennifer Ying (#5550) |
| OF COUNSEL: | 1201 North Market Street |
| | P.O. Box 1347 |
| David A. Manspeizer | Wilmington, DE  19899-1347 |
| David B. Bassett | (302) 658-9200 |
| Christopher R. Noyes | jblumenfeld@mnat.com |
| Peter Shen | klouden@mnat.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | jying@mnat.com |
| 399 Park Avenue | |
| New York, NY  10022 | *Attorneys for Plaintiff Sciele* |
| (212) 230-8800 | |
| | |
| Liza M. Walsh | |
| Rukhsanah Lighari | |
| Patrick J. Murphy | |
| CONNELL FOLEY LLP | |
| 85 Livingston Avenue | |
| Roseland, NJ  07068 | |
| (201) 521-1000 | |

October 5, 2012
6503728

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on October 5, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA  30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Karen L. Carroll, Esquire<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL  60601-1818<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington. DE 19801<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

Robyn H. Ast, Esquire  VIA ELECTRONIC MAIL
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

Gary E. Hood, Esquire  VIA ELECTRONIC MAIL
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL  60601-3316
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

3