# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 09-037 (RBK) (JS) |
| ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| SHIONOGI PHARMA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 10-135 (RBK) (JS) |
| ) | |
| MYLAN INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 16, 2012, copies of: (1) **LUPIN DEFENDANTS' FOURTH SET OF INTERROGATORIES TO PLAINTIFF SCIELE PHARMA, INC. N/K/A SHIONOGI PHARMA, INC.** and (2) **LUPIN DEFENDANTS' FOURTH SET OF INTERROGATORIES TO PLAINTIFF ANDRX** were served as shown:

**BY HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld | Frederick L. Cottrell, III |
| Karen Jacobs Louden | Steven J. Fineman |
| Julia Heaney | Jason Rawnsley |
| Jennifer Ying | Richards Layton & Finger |
| Morris, Nichols, Arsht & Tunnell | One Rodney Square |
| 1201 North Market Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

**BY HAND DELIVERY**

| | |
|---|---|
| David A. Manspeizer | Gary E. Hood |
| David B. Bassett | Polsinelli Shughart PC |
| David M. Burkoff | 161 North Clark Street – Suite 4200 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Chicago, IL 60601-3316 |
| 399 Park Avenue | |
| New York, NY 10022 | |

PLEASE TAKE NOTICE that, on October 16, 2012, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

| | |
|---|---|
| | Frederick L. Cottrell, III |
| Mary B. Matterer | Steven J. Fineman |
| Morris James LLP | Jason Rawnsley |
| 500 Delaware Avenue, Suite 1500 | Richards Layton & Finger |
| Wilmington, DE 19899-2306 | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE  19801 |

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL & FIRST CLASS MAIL**

| | |
|---|---|
| David A. Manspeizer | George J. Barry, III |
| David B. Bassett | Timothy H. Kratz |
| David M. Burkoff | Robert Florence |
| Wilmer Cutler Pickering Hale and Dorr LLP | Angela Spivey |
| 399 Park Avenue | Tara Stuart |
| New York, NY 10022 | McGuire Woods LLP |
| | The Proscenium |
| | 1170 Peachtree N.E., Suite 2100 |
| | Atlanta, GA 30309-7649 |

| | |
|---|---|
| Robyn H. Ast<br>Graham L. Day<br>Polsinelli Shughart PC<br>100 South Fourth Street<br>Suite 1000<br>St. Louis, MO 63102<br><br>Gary E. Hood<br>Polsinelli Shughart PC<br>161 North Clark Street – Suite 4200<br>Chicago, IL 60601-3316<br><br>October 16, 2012<br><br>OF COUNSEL:<br><br>Douglass C. Hochstetler<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>(312) 258-2629<br>dhochstetler@kelleydrye.com<br><br>Beth D. Jacob<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7624<br>bjacob@kelleydrye.com<br><br>Karen A. Confoy<br>Erica S. Helms<br>Sterns & Weinroth<br>50 W. State Street, Ste 1400<br>Trenton, NJ  08607-1298 | Liza M. Walsh<br>Rukhsanah Lighari<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068<br><br><br><br><br><br><br>BAYARD P.A.<br><br> /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Defendants*<br>*Lupin Ltd. and Lupin Pharmaceuticals,*<br>*Inc.* |