

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

October 31, 2012

**ELECTRONICALLY FILED UNDER SEAL**
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

Re: *Sciele Pharma. Inc. et al. v. Lupin Ltd. et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

I write on behalf of all parties in the above referenced matter respectfully to request that the Court postpone the Status Conference scheduled for Monday, November 5, 2012 at 2:00 p.m., and the deadlines for the pre-conference status letters in advance of the conference because of Hurricane Sandy, which impacted the Court and counsel for all parties and is making travel arrangements difficult. The parties respectfully request that the Court reschedule the Status Conference for the week of November 19, 2012, or as soon thereafter as the Court is available, and reset the deadline for pre-conference status letters. Should Your Honor have any questions, counsel for all parties are available at the convenience of the Court.

Respectfully Submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (No. 4952)

SBB:tm
cc: Counsel of Record