# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LUPIN LTD., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 09-037 (RBK) (JS) <br> (CONSOLIDATED) |
| SHIONOGI PHARMA, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MYLAN INC., *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 10-135 (RBK) (JS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 1, 2012, copies of: (1) **LUPIN DEFENDANTS' OBJECTIONS AND RESPONSES TO SHIONOGI'S NOTICE OF 30(b)(6) DEPOSITION OF LUPIN DEFENDANTS** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Jason Rawnsley
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

**BY E-MAIL & FIRST CLASS MAIL**

| | |
|---|---|
| David A. Manspeizer | George J. Barry, III |
| David B. Bassett | Timothy H. Kratz |
| David M. Burkoff | Robert Florence |
| Wilmer Cutler Pickering Hale and Dorr LLP | Angela Spivey |
| 399 Park Avenue | Tara Stuart |
| New York, NY 10022 | McGuire Woods LLP |
| | The Proscenium |
| | 1170 Peachtree N.E., Suite 2100 |
| | Atlanta, GA 30309-7649 |
| | |
| Robyn H. Ast | Liza M. Walsh |
| Graham L. Day | Rukhsanah Lighari |
| Polsinelli Shughart PC | Connell Foley LLP |
| 100 South Fourth Street | 85 Livingston Avenue |
| Suite 1000 | Roseland, NJ 07068 |
| St. Louis, MO 63102 | |
| | |
| Gary E. Hood | |
| Polsinelli Shughart PC | |
| 161 North Clark Street – Suite 4200 | |
| Chicago, IL 60601-3316 | |

| | |
|---|---|
| November 1, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>(312) 258-2629<br>dhochstetler@kelleydrye.com | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, 9th Floor<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardlaw.com |
| Beth D. Jacob<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7624<br>bjacob@kelleydrye.com | sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Defendants<br>Lupin Ltd. and Lupin Pharmaceuticals,<br>Inc.* |
| Karen A. Confoy<br>Erica S. Helms<br>Sterns & Weinroth<br>50 W. State Street, Ste 1400<br>Trenton, NJ  08607-1298 | |