IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> LUPIN, LTD, et al., <br><br>  Defendants. | Civil No. 09-37 (RBK/JS) |

## AMENDED SCHEDULING ORDER

The Court finding good cause to grant the parties' October 31, 2012 letter request to reschedule the status conference and deadline for the submission of pre-conference status letters,

IT IS this **2nd** day of **November, 2012,** hereby **ORDERED**:

1. By **November 26, 2012,** the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

2. The Court has rescheduled the in-person status conference previously set for November 5, 2012. The new date and time for the status conference is **November 29, 2012 at 2:30 p.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                s/ Joel Schneider
                                JOEL SCHNEIDER
                                United States Magistrate Judge