# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LTD., *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 09-037 RBK-JS<br>(CONSOLIDATED) |
| SHIONOGI PHARMA, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYLAN INC., *et al.*, )<br>)<br>Defendants. )<br>) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **MYLAN INC. AND MYLAN PHARMACEUTICALS INC.'S RESPONSES AND OBJECTIONS TO SHIONOGI'S FOURTH SET OF REQUESTS FOR PRODUCTION TO MYLAN DEFENDANTS (NOS. 69-73)** were served upon the attorneys listed below on November 5, 2012 as indicated.

**VIA EMAIL & REGULAR MAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff*
*Shionogi Pharma Inc, et al.*

**VIA EMAIL & REGULAR MAIL**
David Manspeizer
David Bassett
Peter Shen
Christopher R. Noyes
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
david.manspeizer@wilmerhale.com
david.bassett@wilmerhale.com
peter.shen@wilmerhale.com

*Attorneys for Plaintiff*
*Shionogi Pharma Inc., et al.*

**VIA EMAIL & REGULAR MAIL**
Liza M. Walsh
Rukhsanah L. Lighari
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
rlighari@connellfoley.com
lwalsh@connelllfoley.com

*Attorneys for Plaintiff*
*Shionogi Pharma Inc., et al*

**VIA EMAIL & REGULAR MAIL**
Frederick L. Cottrell, III
Steven J. Fineman
RICHARDS, LAYTON & FINGER PA
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com

*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals Inc. Andrx*
*Laboratories(NJ) Inc. and Andrx EU Ltd.*

**VIA EMAIL & REGULAR MAIL**
Gary E. Hood
POLSINELLI SHUGHART PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
ghood@polsinelli.com

**VIA EMAIL & REGULAR MAIL**
Robyn H. Ast
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, MI 63102
rast@polsinelli.com

*Attorneys for Plaintiffs Andrx Corporation,*
*Andrx Pharmaceuticals Inc. Andrx*
*Laboratories(NJ) Inc. and Andrx EU Ltd.*

| | |
|---|---|
| **VIA EMAIL & REGULAR MAIL**<br>Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.* | **VIA EMAIL & REGULAR MAIL**<br>Douglass C. Hochstetler<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL 60606<br>dhochstetler@kelleydrye.com<br><br>Beth Jacob<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>bjacob@kelleydrye.com<br><br>Karen Confoy<br>Erica Helms<br>STERNS & WEINROTH<br>50 West State Street, Suite 1400<br>Trenton, NJ 08607<br>kconfoy@sternslaw.com<br>ehelms@sternslaw.com<br><br>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.* |

Date:   November 5, 2012

                                       */s/ Mary B. Matterer*
                                       Mary B. Matterer (I.D. #2696)
                                       Richard K. Herrmann (I.D. # 405)
                                       MORRIS JAMES LLP
                                       500 Delaware Avenue, Suite 1500
                                       Wilmington, DE  19801-1494
                                       (302) 888-6800
                                       mmatterer@morrisjames.com

                                       *Attorneys for Defendants*
                                       *MYLAN INC. and*
                                       *MYLAN PHARMACEUTICALS INC.*