**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*,  )<br>  )<br>           Plaintiffs,  )<br>  )<br>     v.  )<br>  )<br>LUPIN LTD., *et al.*,  )<br>  )<br>           Defendants.  )<br>  ) | C.A. No. 09-037 (RBK) (JS)<br>(CONSOLIDATED) |
| SHIONOGI PHARMA, INC., *et al.*,  )<br>  )<br>           Plaintiffs,  )<br>  )<br>     v.  )<br>  )<br>MYLAN INC., *et al.*,  )<br>  )<br>           Defendants.  ) | C.A. No. 10-135 (RBK) (JS) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on November 14, 2012, copies of: (1) **LUPIN DEFENDANTS' AMENDED OBJECTIONS AND RESPONSES TO SHIONOGI'S NOTICE OF 30(b)(6) DEPOSITION OF LUPIN DEFENDANTS** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Julia Heaney
Jennifer Ying
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Jason Rawnsley
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

**BY E-MAIL & FIRST CLASS MAIL**

David A. Manspeizer
David B. Bassett
David M. Burkoff
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

George J. Barry, III
Timothy H. Kratz
Robert Florence
Angela Spivey
Tara Stuart
McGuire Woods LLP
The Proscenium
1170 Peachtree N.E., Suite 2100
Atlanta, GA 30309-7649

Robyn H. Ast
Graham L. Day
Polsinelli Shughart PC
100 South Fourth Street
Suite 1000
St. Louis, MO 63102

Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

Gary E. Hood
Polsinelli Shughart PC
161 North Clark Street – Suite 4200
Chicago, IL 60601-3316

| | |
|---|---|
| November 14, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler <br> Kelley Drye & Warren LLP <br> 333 West Wacker Drive, 26th Floor <br> Chicago, IL 60606 <br> (312) 258-2629 <br> dhochstetler@kelleydrye.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, 9th Floor <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com |
| Beth D. Jacob <br> Kelley Drye & Warren LLP <br> 101 Park Avenue <br> New York, NY 10178 <br> (212) 808-7624 <br> bjacob@kelleydrye.com | vtiradentes@bayardlaw.com <br><br> *Attorneys for Defendants* <br> *Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| Karen A. Confoy <br> Erica S. Helms <br> Sterns & Weinroth <br> 50 W. State Street, Ste 1400 <br> Trenton, NJ  08607-1298 | |