

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

November 16, 2012

**ELECTRONICALLY FILED**
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

Re: *Sciele Pharma. Inc. et al. v. Lupin Ltd. et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

I write on behalf of all parties in the above referenced matter to advise the Court that the parties have agreed to extend certain deadlines set forth in the scheduling order, including the deadline to complete fact discovery. The parties are still negotiating the revised schedule and anticipating filing a proposed amended scheduling order or competing proposals for Your Honor's review and approval in advance of the discovery conference scheduled for November 29, 2012. Should Your Honor have any questions, counsel for all parties are available at the convenience of the Court.

Respectfully Submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (No. 4952)

SBB:tm
cc: Counsel of Record