IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 09-037 (RBK)(JS) CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MYLAN, INC., and MYLAN PHARMACEUTICALS INC.,<br><br>        Defendants. | C.A. No. 10-135 (RBK)(JS) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the New York office of WILMER CUTLER PICKERING HALE AND DORR LLP, representing Plaintiff Sciele Pharma, Inc. n/k/a Shionogi Inc. in this matter, has moved to:

      WILMER CUTLER PICKERING HALE AND DORR LLP
      7 World Trade Center
      250 Greenwich Street
      New York, NY  10007

All other contact information remains the same.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jennifer Ying*

                        Jack B. Blumenfeld (#1014)
                        Karen Jacobs Louden (#2881)
                        Jennifer Ying (#5550)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
OF COUNSEL:                (302) 658-9200
                        jblumenfeld@mnat.com
David A. Manspeizer            klouden@mnat.com
David B. Bassett              jying@mnat.com
Christopher R. Noyes           *Attorneys for Plaintiff Shionogi*
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, New York 10007
(212) 230 8800

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(201) 521-1000

November 19, 2012

6711495

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2012, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | VIA ELECTRONIC MAIL |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | VIA ELECTRONIC MAIL |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | VIA ELECTRONIC MAIL |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | VIA ELECTRONIC MAIL |
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | VIA ELECTRONIC MAIL |

- 2 -

| | |
|---|---|
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Karen L. Carroll, Esquire<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington. DE 19801<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

- 3 -

Robyn H. Ast, Esquire                                             *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

                                                  */s/ Jennifer Ying*
                                            _____
                                            Jennifer Ying (#5550)