

| | |
|---|---|
| 222 Delaware Avenue • Suite 900 | Writer's Direct Access: |
| P.O. Box 25130 • Wilmington, DE 19899 | (302) 429-4232 |
| Zip Code For Deliveries 19801 | Email: sbrauerman@bayardlaw.com |

November 21, 2012

**ELECTRONICALLY FILED**
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

Re: *Sciele Pharma. Inc. et al. v. Lupin Ltd. et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

    I write on behalf of the Lupin Defendants, respectfully to request that the Court postpone the deadline to submit discovery dispute letters by one week and adjourn the conference scheduled for November 29, 2012 to a date convenient for the Court.  The Lupin Defendants make this request because they learned of certain new discovery issues and continue to discuss existing disputes raised during meet and confers held on the Monday (November 19, 2012) and Tuesday (November 20, 2012) evenings.  The Lupin Defendants require additional time to consider these issues and work through them with plaintiffs before presenting these issues to the Court.  We believe that with the opportunity to consult with our client and meet and confer with plaintiffs, the parties can narrow the pending disputes.  Plaintiffs have authorized us to inform the Court that they do not agree that the requested extension and postponement are necessary, but they will not oppose this request.  Likewise, Mylan does not join in this request, but has confirmed that it does not oppose it.  Should Your Honor have any questions, counsel are available at the convenience of the Court.

                                              Respectfully Submitted,

                                              */s/ Stephen B. Brauerman*

                                              Stephen B. Brauerman (No. 4952)

SBB:tm
cc:     Counsel of Record

