# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JOEL SCHNEIDER**<br>**UNITED STATES MAGISTRATE JUDGE** | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
November 27, 2012

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 1989

Frederick L. Cottrell, III, Esquire
Steven Fineman, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Re: Sciele Pharma, Inc., et al. v. Lupin, LTD, et al.**
**Civil No. 09-37 (RBK/JS)**

Dear Counsel:

    The Court acknowledges the parties' request to extend the fact discovery deadline. The parties are advised that the Court will not extend the current deadline unless and until it receives a joint letter from the parties with the agreed upon names, dates and locations of all remaining fact depositions.

Very truly yours,

*s/ Joel Schneider*
JOEL SCHNEIDER
United States Magistrate Judge

JS:jk
cc: Hon. Robert B. Kugler