# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>LUPIN LTD., *et al.*,<br><br>　　　　　　　Defendants. | C.A. No. 09-037 RBK-JS<br>(CONSOLIDATED) |
| SHIONOGI PHARMA, INC., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MYLAN INC., *et al.*,<br><br>　　　　　　　Defendants. | C.A. No. 10-135 RBK-JS |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that attorney Karen L. Carroll of McGuireWoods LLP, attorney for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc., has moved to a new office location. Accordingly, all pleadings, correspondence and other materials should be sent to the undersigned at the following address:

> Karen L. Carroll
> McGuireWoods LLP
> 1230 Peachtree Street, N.E., Suite 2100
> Atlanta, GA 30309
> Telephone: (404) 443-5620
> kcarroll@mcguirewoods.com

Email address remains the same.

Dated: November 28, 2012

          */s/ Mary B. Matterer*
Mary B. Matterer (#2696)
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
302.888.6800
mmatterer@morrisjames.com
rherrmann@morrisjames.com

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*