# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

November 26, 2012

**BY FACSIMILE AND E-FILING**



The Honorable Joel Schneider
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

PUBLIC - REDACTED VERSION
November 30, 2012

    Re:   *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*,
           C.A. No. 09-037 (RBK) (JS)

          *Shionogi Pharma, Inc., et al. v. Mylan Inc, et al.*,
           C.A. No. 10-135 (RBK) (JS)

Your Honor:

    This firm along with McGuireWoods LLP represents Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan") in the above-referenced, consolidated actions. We write in accordance with Your Honor's Amended Scheduling Order of November 2, 2012 (D.I. 544), to inform the Court that, although the parties continue to discuss an appropriate adjustment to the case schedule, Mylan is not aware of any outstanding discovery issues requiring judicial resolution at this time.

    With respect to the schedule, consistent with the letter filed by counsel for Lupin on November 16, 2012 (D.I. 562), Mylan agrees with the other parties that an extension of discovery is needed. The parties have corresponded regarding a revised schedule but have yet to reach agreement on proposals that have been offered by Lupin and Shionogi. Mylan is considering both proposals and possible alternatives and should be in a position to inform the court of its position during the in-person status conference scheduled for November 29, 2012.

    We would be happy to answer any questions the Court may have. We appreciate the Court's consideration of this matter.

The Honorable Joel Schneider
November 26, 2012
Page 2

Morris James LLP

Respectfully,

*/s/ Mary B. Matterer*

Mary B. Matterer (#2696)
*mmatterer@morrisjames.com*

cc: Counsel of record (via ecf & email)