**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCIELE PHARMA, INC. *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-037 (RBK) (JS) |
| | ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| SHIONOGI, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 10-135 (RBK) (JS) |
| | ) | |
| MYLAN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION REGARDING AMENDED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc. ("Shionogi") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") that the deadlines in the Court's November 30, 2012 Order (D.I. 572) shall be revised as follows:

1.      Lupin shall submit its answering letter brief in opposition to Shionogi's application for the "relevant settlement agreements and associated documents" on or before 12:00 p.m. on Wednesday, December 19, 2012.

2.      Shionogi shall submit its reply letter brief in support of its application for the "relevant settlement agreements and associated documents" on or before 12:00 p.m. on Friday December 21, 2012.

December 17, 2012

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          BAYARD, P.A.

*/s/ Karen Jacobs Louden*                              */s/ Stephen B. Brauerman*
Jack B. Blumenfeld (#1014)                        Richard D. Kirk (#922)
Karen Jacobs Louden (#2881)                       Stephen B. Brauerman (#4952)
Julia Heaney (#3052)                              222 Delaware Avenue, Suite 900
Jennifer Ying (#5550)                             Wilmington, DE  19801
1201 North Market Street                          (302) 655-5000
P.O. Box 1347                                     rkirk@bayardlaw.com
Wilmington, DE  19899-1347                        sbrauerman@bayardlaw.com
(302) 658-9200
jblumenfeld@mnat.com                              *Attorneys for Lupin Ltd. and Lupin*
klouden@mnat.com                                  *Pharmaceuticals, Inc.*
jheaney@mnat.com
jying@mnat.com                                    OF COUNSEL:

*Attorneys for Sciele Pharma, Inc.*               Douglass C. Hochstetler
                                                  KELLEY DRYE & WARREN LLP
OF COUNSEL:                                        333 West Wacker Drive, 26th Floor
                                                  Chicago, IL  60606
David A. Manspeizer
David B. Bassett                                  Beth D. Jacob
Christopher R. Noyes                              Clifford Katz
David M. Burkoff                                  KELLEY DRYE & WARREN LLP
Peter Shen                                        101 Park Avenue
WILMER CUTLER PICKERING HALE AND DORR             New York, NY  10178
LLP
399 Park Avenue                                   Karen A. Confoy
New York, NY  10022                               Erica A. Helms
                                                  STERNS & WEINROTH PC
Liza M. Walsh                                     50 West State Street, Suite 1400
Rukhsanah Lighari                                 Trenton, NJ 08607
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068

IT IS SO ORDERED THIS ___ day of _____, 2012.


_____
The Honorable Joel Schneider
United States Magistrate Judge