IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 09-037 (RBK) (JS) |
| ) | (CONSOLIDATED) |
| LUPIN LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| SHIONOGI, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 10-135 (RBK) (JS) |
| ) | |
| MYLAN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION REGARDING AMENDED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc. ("Shionogi") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") that the deadlines in the Court's November 30, 2012 Order (D.I. 572) shall be revised as follows:

1. Lupin shall submit its answering letter brief in opposition to Shionogi's application for the "relevant settlement agreements and associated documents" on or before 12:00 p.m. on Wednesday, December 19, 2012.

2. Shionogi shall submit its reply letter brief in support of its application for the "relevant settlement agreements and associated documents" on or before 12:00 p.m. on Friday December 21, 2012.

December 17, 2012

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| /s/ *Karen Jacobs Louden* | /s/ *Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014) | Richard D. Kirk (#922) |
| Karen Jacobs Louden (#2881) | Stephen B. Brauerman (#4952) |
| Julia Heaney (#3052) | 222 Delaware Avenue, Suite 900 |
| Jennifer Ying (#5550) | Wilmington, DE 19801 |
| 1201 North Market Street | (302) 655-5000 |
| P.O. Box 1347 | rkirk@bayardlaw.com |
| Wilmington, DE 19899-1347 | sbrauerman@bayardlaw.com |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorneys for Lupin Ltd. and Lupin* |
| klouden@mnat.com | *Pharmaceuticals, Inc.* |
| jheaney@mnat.com | |
| jying@mnat.com | OF COUNSEL: |
| *Attorneys for Sciele Pharma, Inc.* | Douglass C. Hochstetler |
| | KELLEY DRYE & WARREN LLP |
| OF COUNSEL: | 333 West Wacker Drive, 26th Floor |
| | Chicago, IL 60606 |
| David A. Manspeizer | |
| David B. Bassett | Beth D. Jacob |
| Christopher R. Noyes | Clifford Katz |
| David M. Burkoff | KELLEY DRYE & WARREN LLP |
| Peter Shen | 101 Park Avenue |
| WILMER CUTLER PICKERING HALE AND DORR LLP | New York, NY 10178 |
| 399 Park Avenue | Karen A. Confoy |
| New York, NY 10022 | Erica A. Helms |
| | STERNS & WEINROTH PC |
| Liza M. Walsh | 50 West State Street, Suite 1400 |
| Rukhsanah Lighari | Trenton, NJ 08607 |
| Patrick J. Murphy | |
| CONNELL FOLEY LLP | |
| 85 Livingston Avenue | |
| Roseland, NJ 07068 | |

IT IS SO ORDERED THIS 18th day of December, 2012.

_____
The Honorable Joel Schneider
United States Magistrate Judge

2