IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-37 (RBK/JS) |
| | ) | (consolidated) |
| LUPIN LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| SHIONOGI PHARMA, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 10-135 (RBK/JS) |
| v. | ) | |
| | ) | |
| MYLAN INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Andrx Plaintiffs' Supplemental Responses to Lupin's Fourth Set of Interrogatories (Nos. 15–17) were caused to be served on December 20, 2012, on the following counsel in the manner indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Karen Jacobs Louden
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

**VIA EMAIL**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

RLF1 7583536v.1

**VIA EMAIL**
Richard Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**VIA EMAIL**
Douglass C. Hochstetler
Stephen A. Wood
Myra C. Mormile
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
dhochstetler@kelleydrye.com
mmormile@kelleydrye.com
swood@kelleydrye.com

**VIA EMAIL**
Timothy H. Kratz
Robert L. Florence
George J. Barry III
Micheal L. Binns
Anil H. Patel
Karen L. Carroll
McGuire Woods LLP
1170 Peachtree Street, Ste. 2100
Atlanta, GA 30309
tkratz@mcguirewoods.com
rflorence@mcguirewoods.com
gbarry@mcguirewoods.com
mbinns@mcguirewoods.com
apatel@mcguirewoods.com
kcarroll@mcguirewoods.com

**VIA EMAIL**
Karen A. Confoy
Erica S. Helms
Sterns & Weinroth PC
50 West State Street, Suite 1400
kconfoy@sternslaw.com
ehelms@sternslaw.com

**VIA EMAIL**
Christopher R. Noyes
Ryann M. Muir
Wilmer, Cutler, Pickering, Hale & Dorr LLP
60 State Street
Boston, MA 02109
christopher.noyes@wilmerhale.com
ryann.muir@wilmerhale.com

**VIA EMAIL**
Beth D. Jacob
Clifford Katz
Barrett R. McVary
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
bjacob@kelleydrye.com
ckatz@kelleydrye.com
bmcvary@kelleydrye.com

**VIA EMAIL**
David B. Bassett
David A. Manspeizer
Somil B. Trivedi
Wilmer, Cutler, Pickering, Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
david.bassett@wilmerhale.com
david.manspeizer@wilmerhale.com
somil.trivedi@wilmerhale.com

**VIA EMAIL**
Liza M. Walsh
Rukhsanah Lighari
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
lwalsh@connellfoley.com
rlighari@connellfoley.com

**VIA EMAIL**
Jennifer E. Chen
Wilmer, Cutler, Pickering, Hale & Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
jennifer.chen@wilmerhale.com

|  |  |
|---|---|
| OF COUNSEL: | /s/ Jason J. Rawnsley |
|  | Frederick L. Cottrell, III (#2555) |
|  | Steven J. Fineman (#4025) |
| Gary E. Hood | Jason J. Rawnsley (#5379) |
| Mark T. Deming | RICHARDS, LAYTON & FINGER, P.A. |
| POLSINELLI SHUGHART PC | 920 North King Street |
| 161 N. Clark Street, Suite 4200 | Wilmington, DE 19801 |
| Chicago, IL 60601-3316 | (302) 651-7700 |
| (312) 873-3653 | cottrell@rlf.com |
|  | fineman@rlf.com |
| Graham L. Day | rawnsley@rlf.com |
| Robyn H. Ast |  |
| POLSINELLI SHUGHART PC | *Attorneys for Plaintiffs Andrx Corporation,* |
| 100 S. Fourth Street, Suite 1000 | *Andrx Pharmaceuticals, Inc. (n/k/a Watson* |
| St. Louis, Missouri 63102 | *Laboratories, Inc.-Florida), Andrx* |
| (314) 622-6614 | *Pharmaceuticals, L.L.C., Andrx Laboratories* |
|  | *(NJ), Inc., Andrx EU, Ltd., & Andrx Labs,* |
| Dated: December 20, 2012 | *L.L.C.* |