# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LTD., *et al.*, )<br>)<br>Defendants. )<br>_____ )<br>SHIONOGI PHARMA, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MYLAN PHARMACEUTICALS, INC., *et al.*, )<br>)<br>Defendants. ) | C.A. No. 09-037 (RBK) (JS)<br>(CONSOLIDATED)<br><br><br><br><br><br><br>C.A. No. 10-135 (RBK) (JS) |

## NOTICE OF DEPOSITION OF ANDREW BOYER

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") shall take the deposition of Andrew Boyer on January 4, 2013, commencing at 9:30 a.m. or at a time to be agreed upon by counsel, and continuing from day to day until completed at the Offices of Kelley Drye & Warren LLP; 200 Kimball Drive; Parsippany, NJ 07054. The deposition shall take place before a person duly authorized to administer oaths and shall be recorded by stenographic and videotape means. You are invited to attend and participate in the manner provided by the Federal Rules of Civil Procedure.

Dated: December 27, 2012

BAYARD P.A.

/s/ Stephen B. Brauerman

Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

Karen A. Confoy
Erica S. Helms
Sterns & Weinroth
50 W. State Street, Ste 1400
P.O. Box 1298
Trenton, NJ 08607-1298