**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 1:09-37-RBK-JS (Consolidated) |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC., and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action No. 1:10-cv-00135-RBK-JS |

## NOTICE OF DEPOSITION OF ANDREW BOYER

PLEASE TAKE NOTICE that Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. will take the deposition upon oral examination of Andrew Boyer.

The deposition will take place on Friday, January 4, 2013, beginning at 9:30 a.m. local time at the offices of Kelley Drye & Warren LLP, located at 200 Kimball Drive; Parsippany, New Jersey 07054, before a person authorized by law to administer oaths. The deposition will be stenographically recorded and videotape recorded, and will continue until completed.

Dated: December 28, 2012

                                               */s/ Mary B. Matterer*
                                               Mary B. Matterer (I.D. #2696)
                                               Richard K. Herrmann (I.D. #405)
                                               **MORRIS JAMES LLP**
                                               500 Delaware Avenue, Suite 1500
                                               Wilmington, Delaware 19801-1494
                                               (302) 888-6800
                                               mmatterer@morrisjames.com

                                               *Of Counsel*:

                                               Timothy H. Kratz
                                               Robert L. Florence
                                               George J. Barry III
                                               Karen L. Carroll
                                               Anil H. Patel
                                               Micheal L. Binns
                                               **MCGUIREWOODS LLP**
                                               1230 Peachtree Street, Suite 2100
                                               Atlanta, Georgia 30309
                                               (404) 443-5500

                                               *Attorneys for Mylan Inc. and Mylan*
                                               *Pharmaceuticals Inc.*