# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*, | ) |
|                 Plaintiffs, | ) |
| v. | ) C.A. No. 09-037 (RBK) (JS) |
| | ) (CONSOLIDATED) |
| LUPIN LTD., *et al.*, | ) |
|                 Defendants. | ) |
| SHIONOGI PHARMA, INC., *et al.*, | ) |
|               Plaintiffs, | ) |
| v. | ) C.A. No. 10-135 (RBK) (JS) |
| MYLAN PHARMACEUTICALS, INC., *et al.*, | ) |
|               Defendants. | ) |

## NOTICE OF DEPOSITION OF DANIEL TOKICH

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin") shall take the deposition of Daniel Tokich on January 10, 2013, commencing at 9:30 a.m. or at a time to be agreed upon by counsel, and continuing from day to day until completed at the Offices of Kelley Drye & Warren LLP; 101 Park Avenue; New York, NY 10178. The deposition shall take place before a person duly authorized to administer oaths and shall be recorded by stenographic and videotape means. You are invited to attend and participate in the manner provided by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: December 31, 2012 | BAYARD P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Douglass C. Hochstetler <br> Kelley Drye & Warren LLP <br> 333 West Wacker Drive, 26th Floor <br> Chicago, IL 60606 <br> (312) 258-2629 <br> dhochstetler@kelleydrye.com | Stephen B. Brauerman (sb4952) <br> 222 Delaware Avenue, 9th Floor <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com |
| Beth D. Jacob <br> Kelley Drye & Warren LLP <br> 101 Park Avenue <br> New York, NY 10178 <br> (212) 808-7624 <br> bjacob@kelleydrye.com | *Attorneys for Defendants* <br> *Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |
| Karen A. Confoy <br> Erica S. Helms <br> Sterns & Weinroth <br> 50 W. State Street, Ste 1400 <br> P.O. Box 1298 <br> Trenton, NJ 08607-1298 | |