IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN, LTD, et al., <br><br> Defendants. | Civil No. 09-37 (RBK/JS) |

**AMENDED SCHEDULING ORDER**

IT IS this **4th** day of **January 2013**, hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to **February 28, 2013**.

2. All parties with the affirmative burden of proof on an issue shall serve expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) by **April 1, 2013**. Responsive expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) shall be served by **May 3, 2013**. Each such report should be accompanied by the curriculum vitae of the proposed expert witness. Depositions of proposed expert witnesses shall be concluded by **June 28, 2013**.

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 31, 2013**, in accordance with the applicable Federal and Local Rules of Civil Procedure.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge