IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>        Plaintiffs,<br><br>  v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 09-037 (RBK)(JS)<br>CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MYLAN, INC., and MYLAN PHARMACEUTICALS INC.,<br><br>        Defendants. | C.A. No. 10-135 (RBK)(JS) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: *Shionogi's Responses and Objections to Lupin's Fifth Set of Interrogatories (Nos. 18-19)* were caused to be served on January 7, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin*<br>*Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Mylan Inc. and Mylan*<br>*Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Timothy H. Kratz, Esquire  *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

Karen L. Carroll, Esquire  *VIA ELECTRONIC MAIL*
MCGUIRE WOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818
*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
Jason J. Rawnsley, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington. DE 19801
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

Robyn H. Ast, Esquire  *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

| | |
|---|---|
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com
*Attorneys for Plaintiff Shionogi*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, New York 10007
(212) 230-8800

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(201) 521-1000

January 7, 2013
6929083

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on January 7, 2013 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Timothy H. Kratz, Esquire<br>Robert L. Florence, Esquire<br>George J. Barry III, Esquire<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA  30309<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Karen L. Carroll, Esquire<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL  60601-1818<br>*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>Wilmington. DE 19801<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601-3316<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |
| Robyn H. Ast, Esquire<br>POLSINELLI SHUGHART PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO  63102<br>*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)