IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | ) | C.A. No. 09-037 (RBK)(JS)<br>CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN, INC., and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | ) | C.A. No. 10-135 (RBK)(JS) |

**PLAINTIFF SHIONOGI'S NOTICE OF DEPOSITION OF LESLIE SANDS**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Sciele Pharma, Inc., n/k/a Shionogi, Inc. ("Shionogi"), by and through its attorneys, will take the deposition upon oral examination of Leslie Sands, beginning on

Wednesday, January 30, 2013, at 9:30 a.m. at the Renaissance Baltimore Harborplace Hotel, 231 E Pratt St, Baltimore, MD 21202, and will continue from day to day until completed.

The deposition will be taken before a notary public or an officer authorized to administer oaths under the law, will be conducted in accordance with the Federal Rules of Civil Procedure and any other applicable rules, and may be recorded by audiovisual and/or stenographic means. The deposition will be taken for purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com
*Attorneys for Plaintiff Shionogi*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
Peter Shen
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, New York 10007
(212) 230-8800

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
(201) 521-1000

January 8, 2013
6928838

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on January 8, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Douglass C. Hochstetler, Esquire
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Beth D. Jacob, Esquire
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Karen A. Confoy, Esquire
Erica A. Helms, Esquire
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ 08607
*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Richard Herrmann, Esquire
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Timothy H. Kratz, Esquire
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington. DE 19801
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

*VIA ELECTRONIC MAIL*

Gary E. Hood, Esquire
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL 60601-3316
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

*VIA ELECTRONIC MAIL*

Robyn H. Ast, Esquire
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*
____________________________________
Jennifer Ying (#5550)