

# BAYARD

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: sbrauerman@bayardlaw.com

January 11, 2013

**FILED ON CM/ECF**  
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider  
United States District Court for the District of New Jersey  
Mitchell H. Cohen Building and U.S. Courthouse  
4th & Cooper Streets, Room 1050  
Camden, New Jersey 08101

    Re:    *Sciele Pharma. Inc. et al. v. Lupin Ltd. et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

    I write on behalf of all parties to advise the Court that, consistent with the Court's January 7, 2013 Order, the parties have rescheduled Mr. Tockich's deposition for February 8, 2013 and Mr. Boyer's deposition for February 15, 2013. Should Your Honor have any questions or require any further information, counsel are available at the convenience of the Court.

Respectfully Submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (No. 4952)

SBB:cr  
cc:    Counsel of Record