**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Room 2060
CAMDEN, NJ 08101-0887
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
January 14, 2013

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 1989

Frederick L. Cottrell, III, Esquire
Steven Fineman, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Re: Sciele Pharma, Inc., et al. v. Lupin, LTD, et al.**
**Civil No. 09-37 (RBK/JS)**

Dear Counsel:

The Court received <u>in</u> <u>camera</u> the documents attached to Mr. Brauerman's December 20, 2012 letter. The Court finds the documents are protected by the attorney-client privilege and work-product doctrine and do not have to be produced.

Very truly yours,

*s/Joel Schneider*
JOEL SCHNEIDER
United States Magistrate Judge

JS:jk
cc: Hon. Robert B. Kugler