**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 1:09-37-RBK-JS (Consolidated) |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC., and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action No. 1:10-cv-00135-RBK-JS |

**NOTICE OF DEPOSITION OF PRADEEP BHADAURIA**

PLEASE TAKE NOTICE that Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. will take the deposition upon oral examination of Pradeep Bhadauria.

The deposition will take place on Wednesday, February 6, 2013, beginning at 10:00 a.m. local time at the Hyatt Place Fort Lauderdale/Plantation, located at 8530 West Broward Boulevard, Plantation, Florida 33324, before a person authorized by law to administer oaths. The deposition will be stenographically recorded and videotape recorded, and will continue until completed.

Dated: February 1, 2013

        /s/ Mary B. Matterer
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. #405)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Of Counsel*:

Timothy H. Kratz
Robert L. Florence
George J. Barry III
Karen L. Carroll
Anil H. Patel
Micheal L. Binns
**MCGUIREWOODS LLP**
1230 Peachtree Street, Suite 2100
Atlanta, Georgia 30309
(404) 443-5500

*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*