# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., ) ) ) ) ) ) ) ) | Civil Action No. 1:09-37-RBK-JS (Consolidated) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., ) ) ) | |
| Defendants. ) ) | |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., and ANDRX LABS, L.L.C., ) ) ) ) ) ) ) ) | Civil Action No. 1:10-cv-00135-RBK-JS |
| Plaintiffs, ) ) | |
| v. ) ) | |
| MYLAN INC., and MYLAN PHARMACEUTICALS INC., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF DEPOSITION OF DEANNE MELLOY

PLEASE TAKE NOTICE that Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.

will take the deposition upon oral examination of Deanne Melloy.

The deposition will take place on Thursday, February 7, 2013, beginning at 10:00 a.m.

local time at the offices of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York

10178, before a person authorized by law to administer oaths.  The deposition will be

stenographically recorded and videotape recorded, and will continue until completed.

Dated: February 1, 2013

                          */s/ Mary B. Matterer*

                         Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. #405)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Of Counsel*:

Timothy H. Kratz
Robert L. Florence
George J. Barry III
Karen L. Carroll
Anil H. Patel
Micheal L. Binns
**MCGUIREWOODS LLP**
1230 Peachtree Street, Suite 2100
Atlanta, Georgia 30309
(404) 443-5500

*Attorneys for Mylan Inc. and Mylan
Pharmaceuticals Inc.*