IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>        Plaintiffs,<br><br>v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 09-037 (RBK)(JS)<br>CONSOLIDATED |
| SHIONOGI PHARMA, INC., ANDRX CORPORATION, ANDRX PHARMACEUTICALS, INC. (N/K/A WATSON LABORATORIES, INC.-FLORIDA), ANDRX PHARMACEUTICALS, L.L.C., ANDRX LABORATORIES (NJ), INC., ANDRX EU LTD., AND ANDRX LABS, L.L.C.,<br><br>        Plaintiffs,<br><br>v.<br><br>MYLAN, INC., and MYLAN PHARMACEUTICALS INC.,<br><br>        Defendants. | C.A. No. 10-135 (RBK)(JS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Linzy McCartney of WILMER CUTLER PICKERING HALE AND DORR

LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 to represent plaintiff Shionogi Pharma, Inc. in this matter.

|  |  |
|---|---|
| OF COUNSEL:<br><br>David A. Manspeizer<br>David B. Bassett<br>Christopher R. Noyes<br>Peter Shen<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center,<br>250 Greenwich Street,<br>New York, New York 10007<br>(212) 230 8800<br><br>Liza M. Walsh<br>Rukhsanah Lighari<br>Patrick J. Murphy<br>CONNELL FOLEY LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>(201) 521-1000 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jennifer Ying*<br><br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jying@mnat.com<br><br>*Attorneys for Plaintiff Sciele Pharma, Inc. and Shinogi Pharma, Inc.* |

February 4, 2013

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Linzy McCartney is granted.

Dated: _____   _____
                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2-4-13

Linzy McCartney
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6830

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on February 4, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglass C. Hochstetler, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, 26th Floor<br>Chicago, IL  60606<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Beth D. Jacob, Esquire<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Karen A. Confoy, Esquire<br>Erica A. Helms, Esquire<br>STERNS & WEINROTH PC<br>50 West State Street, Suite 1400<br>Trenton, NJ  08607<br>*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Richard Herrmann, Esquire                                    *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Mylan Inc. and Mylan
Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                    *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
Karen L. Carroll, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
*Attorneys for Mylan Inc. and Mylan
Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire                          *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington, DE 19801
*Attorneys for Andrx Corporation, Andrx
Pharmaceuticals, Inc. (n/k/a Watson
Laboratories, Inc.-Florida), Andrx
Pharmaceuticals, L.L.C., Andrx Laboratories
(NJ), Inc., Andrx EU Ltd. and Andrx Labs,
L.L.C.*

Gary E. Hood, Esquire                                        *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL 60601-3316
*Attorneys for Andrx Corporation, Andrx
Pharmaceuticals, Inc. (n/k/a Watson
Laboratories, Inc.-Florida), Andrx
Pharmaceuticals, L.L.C., Andrx Laboratories
(NJ), Inc., Andrx EU Ltd. and Andrx Labs,
L.L.C.*

Robyn H. Ast, Esquire  
POLSINELLI SHUGHART PC  
100 South Fourth Street, Suite 1000  
St. Louis, MO 63102  
*Attorneys for Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU Ltd. and Andrx Labs, L.L.C.*

*VIA ELECTRONIC MAIL*

/s/ *Jennifer Ying*
_____
Jennifer Ying (#5550)