IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC., <br> ANDRX CORPORATION, ANDRX <br> PHARMACEUTICALS, INC. (N/K/A <br> WATSON LABORATORIES, INC.- <br> FLORIDA), ANDRX PHARMACEUTICALS, <br> L.L.C., ANDRX LABORATORIES (NJ), <br> INC., ANDRX EU LTD., AND ANDRX <br> LABS, L.L.C., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 09-037 (RBK)(JS) <br> CONSOLIDATED |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| LUPIN LTD., and <br> LUPIN PHARMACEUTICALS, INC., | ) <br> ) <br> ) | |
| Defendants. | ) | |

SHIONOGI PHARMA, INC.,                          )
ANDRX CORPORATION, ANDRX                         )
PHARMACEUTICALS, INC. (N/K/A                     )
WATSON LABORATORIES, INC.-                       )
FLORIDA), ANDRX PHARMACEUTICALS,                 )
L.L.C., ANDRX LABORATORIES (NJ),                 )
INC., ANDRX EU LTD., AND ANDRX                   )
LABS, L.L.C.,                                    )
                                                 )   C.A. No. 10-135 (RBK)(JS)
            Plaintiffs,                           )
                                                 )
        v.                                        )
                                                 )
MYLAN, INC., and                                  )
MYLAN PHARMACEUTICALS INC.,                        )
                                                 )
            Defendants.                           )

## PLAINTIFF SHIONOGI'S NOTICE OF DEPOSITION OF CHIP GODDARD

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiff Sciele Pharma, Inc., n/k/a Shionogi, Inc. ("Shionogi"), by and through its

attorneys, will take the deposition upon oral examination of Chip Goddard, beginning on

Wednesday, February 13, 2013, at 10:00 a.m. at the Waterfront Place Hotel, Two Waterfront Place, Morgantown, West Virginia 26501, or at such other time and place as the parties mutually agree, and will continue from day to day until completed.

The deposition will be taken before a notary public or an officer authorized to administer oaths under the law, will be conducted in accordance with the Federal Rules of Civil Procedure and any other applicable rules, and may be recorded by audiovisual and/or stenographic means. The deposition will be taken for purposes of discovery, for use at the trial or any hearing in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com
*Attorneys for Plaintiff Shionogi*

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
Peter Shen
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, New York 10007
(212) 230-8800

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(201) 521-1000

February 4, 2013
6984502

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on February 4, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

        I also certify that copies were caused to be served on February 4, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire                             *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

Douglass C. Hochstetler, Esquire               *VIA ELECTRONIC MAIL*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

Beth D. Jacob, Esquire                               *VIA ELECTRONIC MAIL*
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

Karen A. Confoy, Esquire                           *VIA ELECTRONIC MAIL*
Erica A. Helms, Esquire
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ  08607
*Attorneys for Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

Richard Herrmann, Esquire                              *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                              *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire                    *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington. DE 19801
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

Gary E. Hood, Esquire                          *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL  60601-3316
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

Robyn H. Ast, Esquire                          *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)