IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIELE PHARMA, INC.,<br>ANDRX CORPORATION, ANDRX<br>PHARMACEUTICALS, INC. (N/K/A<br>WATSON LABORATORIES, INC.-<br>FLORIDA), ANDRX PHARMACEUTICALS,<br>L.L.C., ANDRX LABORATORIES (NJ),<br>INC., ANDRX EU LTD., AND ANDRX<br>LABS, L.L.C.,<br><br>         Plaintiffs,<br><br>    v.<br><br>LUPIN LTD., and<br>LUPIN PHARMACEUTICALS, INC.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-037 (RBK)(JS)<br>CONSOLIDATED |
| SHIONOGI PHARMA, INC.,<br>ANDRX CORPORATION, ANDRX<br>PHARMACEUTICALS, INC. (N/K/A<br>WATSON LABORATORIES, INC.-<br>FLORIDA), ANDRX PHARMACEUTICALS,<br>L.L.C., ANDRX LABORATORIES (NJ),<br>INC., ANDRX EU LTD., AND ANDRX<br>LABS, L.L.C.,<br><br>         Plaintiffs,<br><br>    v.<br><br>MYLAN, INC., and<br>MYLAN PHARMACEUTICALS INC.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 10-135 (RBK)(JS) |

**NOTICE OF PLAINTIFFS' MOTION SEEKING LEAVE
TO AMEND INFRINGEMENT AND VALIDITY CONTENTIONS**

PLEASE TAKE NOTICE that on February 4, 2013 or at such subsequent time and date

as to be determined by the Court, the undersigned counsel for Plaintiff Sciele Pharma, Inc., n/k/a

Shionogi Inc. ("Shionogi"), and Plaintiffs Andrx Corporation; Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc. – Florida); Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc.; Andrx EU Ltd.; and Andrx Labs, L.L.C. (collectively, "Andrx" and collectively with Shionogi, "Plaintiffs") shall move before the Honorable Joel Schneider, U.S.M.J., at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey for an Order granting Plaintiffs leave to amend their Infringement and Invalidity Contentions;

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the February 1, 2013 Letter to The Honorable Joel Schneider from Karen Jacobs Louden regarding Motion for Leave to Amend Infringement and Invalidity Contentions (D.I. 629), with Exhibits thereto; and

PLEASE TAKE FURTHER NOTICE that Defendants Lupin Ltd., Lupin Pharmaceuticals, Inc., Mylan Inc. and Mylan Pharmaceuticals Inc. oppose this motion.

RICHARDS, LAYTON & FINGER P.A.

/s/ Steven J. Fineman
_____
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc. – Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jying@mnat.com

*Attorneys for Plaintiff Sciele*

OF COUNSEL:

Gary E. Hood
Mark T. Denning
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL  60601-3316
(312) 873-3653

Graham L. Day
Robyn H. Ast
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
(314) 622-6614

OF COUNSEL:

David A. Manspeizer
David B. Bassett
Christopher R. Noyes
Peter Shen
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center,
250 Greenwich Street,
New York, New York 10007
(212) 230 8800

Liza M. Walsh
Rukhsanah Lighari
Patrick J. Murphy
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(201) 521-1000

February 4, 2013

6985307

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following all registered participants.

I also certify that copies were caused to be served on August 15, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                              *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Douglass C. Hochstetler, Esquire                      *VIA ELECTRONIC MAIL*
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL  60606
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Beth D. Jacob, Esquire                                *VIA ELECTRONIC MAIL*
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Karen A. Confoy, Esquire                              *VIA ELECTRONIC MAIL*
Erica A. Helms, Esquire
STERNS & WEINROTH PC
50 West State Street, Suite 1400
Trenton, NJ  08607
*Attorneys for Lupin Ltd. and Lupin*
*Pharmaceuticals, Inc.*

Richard Herrmann, Esquire                                           *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Timothy H. Kratz, Esquire                                           *VIA ELECTRONIC MAIL*
Robert L. Florence, Esquire
George J. Barry III, Esquire
Karen L. Carroll, Esquire
MCGUIRE WOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Inc. and Mylan*
*Pharmaceuticals Inc.*

Frederick L. Cottrell, III, Esquire                                 *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
Wilmington. DE 19801
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

Gary E. Hood, Esquire                                               *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
161 North Clark Street, Suite 4200
Chicago, IL  60601-3316
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*

Robyn H. Ast, Esquire                    *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART PC
100 South Fourth Street, Suite 1000
St. Louis, MO  63102
*Attorneys for Andrx Corporation, Andrx*
*Pharmaceuticals, Inc. (n/k/a Watson*
*Laboratories, Inc.-Florida), Andrx*
*Pharmaceuticals, L.L.C., Andrx Laboratories*
*(NJ), Inc., Andrx EU Ltd. and Andrx Labs,*
*L.L.C.*


                                        */s/ Jennifer Ying*
                                        _____
                                        Jennifer Ying (#5550)