# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LUPIN LTD., et al., )<br>)<br>Defendants. )<br>———————————————— )<br>SHIONOGI PHARMA, INC., et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MYLAN, INC., et al., )<br>)<br>Defendants. ) | C.A. No. 09-037 (RBK) (JS)<br>(CONSOLIDATED)<br><br><br><br><br><br><br><br><br>C.A. No. 10-135 (RBK) (JS) |

## SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc (n/k/a Watson Laboratories, Inc. – Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, LTD., and Andrx Labs, L.L.C. by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby state as follows:

1. Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc. is a nongovernmental, publicly traded corporation listed on the New York Stock Exchange under the trading symbol ACT. Actavis, Inc. has no parent company, and no other publicly traded corporation owns 10% or more of its stock;

2. Plaintiff Andrx Corporation is a wholly owned subsidiary of Actavis, Inc.; and

1

3.    Plaintiffs Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc. – Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, LTD., and Andrx Labs, L.L.C. are each wholly owned subsidiaries of Andrx Corporation.

| | |
|---|---|
| OF COUNSEL: | */s/ Jason J. Rawnsley* <br> Frederick L. Cottrell, III (#2555) <br> Steven J. Fineman (#4025) <br> Jason J. Rawnsley (#5379) <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> fineman@rlf.com <br> rawnsley@rlf.com |
| Gary E. Hood <br> Mark T. Deming <br> POLSINELLI SHUGHART PC <br> 161 N. Clark Street, Suite 4200 <br> Chicago, IL 60601-3316 <br> (312) 873-3653 | |

Graham L. Day
Robyn H. Ast
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
(314) 622-6614

Dated: February 8, 2013

*Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., & Andrx Labs, L.L.C.*