

# BAYARD

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4208  
rkirk@bayardlaw.com

February 11, 2013

**FILED ON CM/ECF ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider  
United States District Court for the District of New Jersey  
Mitchell H. Cohen Building and U.S. Courthouse  
4th & Cooper Streets, Room 1050  
Camden, New Jersey 08101

      Re:    *Sciele Pharma. Inc. et al. v. Lupin Ltd. et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

      Together with Kelley Drye & Warren LLP and Sterns and Weinroth P.C., we represent the Lupin defendants in the above litigation. We write respectfully to request that the Court extend the Lupin Defendants' deadline to produce documents in connection with the Court's January 28, 2013 decision and order concerning discovery of settlement and licensing agreements by two weeks, from today until Monday, February 25, 2013. The Lupin Defendants intend to produce copies of the Licensing Agreement and communications relating to the Licensing Agreement today, but request additional time to complete their search for additional responsive documents. The Lupin Defendants will make a rolling production and produce documents during the course of the next two weeks if they are ready for production prior to February 25th.

      The Lupin Defendants advised Plaintiffs of this request. Andrx takes no position on Lupin's request and Shionogi has agreed to extend the deadline by only four days to February 15, and attached additional conditions to their agreement. While Lupin will make a substantial production by February 15, a four-day extension does not leave sufficient time for Lupin to complete its production.

                                                      Respectfully Submitted,

                                                       */s/ Richard D. Kirk*

                                                       Richard D. Kirk (No. 922)

RDK:cr  
cc:    Counsel of Record

