# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681 FAX
klouden@mnat.com

February 12, 2013

***BY E-FILING AND FAX***

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, New Jersey 08101

      Re:    *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 09-037-RBK-JS

Dear Magistrate Judge Schneider:

      Plaintiff Sciele Pharma, Inc., n/k/a Shionogi Inc. ("Shionogi") together with Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"), write pursuant to the Court's January 4, 2013 Order regarding deposition scheduling in this matter. (D.I. 598). Upon consent and agreement between Shionogi and Mylan, we respectfully request that the Court permit an adjournment of the Rule 30(b)(6) deposition noticed by Shionogi of Mylan's designee, Mr. Chip Goddard, currently scheduled for Wednesday, February 13, 2013. (D.I. 631). Shionogi and Mylan will promptly advise the Court of any rescheduled date for this deposition.

      Should Your Honor or Your Honor's staff have any questions, we are available at the Court's convenience. We appreciate the Court's attention to this matter.

                                          Respectfully submitted,

                                          Karen Jacobs Louden (#2881)

cc:    All Counsel of Record

6998228