

# BAYARD

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

February 13, 2013

**FILED ON CM/ECF**
**ORIGINAL BY FEDERAL EXPRESS**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

    Re:    *Sciele Pharma. Inc. et al. v. Lupin Ltd. et al.*, C.A. No. 09-037-RBK-JS

Dear Judge Schneider:

    Together with Kelley Drye & Warren LLP and Sterns and Weinroth P.C., we represent the Lupin defendants in the above litigation. We write pursuant to this Court's Order of January 4, 2013 concerning the scheduling of fact deposition witnesses in the above captioned litigation. (*See* D.I. 598.) Lupin requests that the deposition of Satish Dalal, (D.I. 605), be rescheduled to February 25, 2013 from the original date of February 26, 2013, and that the deposition of Ravisekhar Kasibhatta, (D.I. 604), be rescheduled to February 28, 2013 from the original date of February 25, 2013. The two deponents will be traveling from India to participate in their respective depositions. As such international travel involves significant time and expense, Lupin is seeking to minimize the burden placed on the witnesses by coordinating the depositions with the travel arrangements and other business commitments of each deponent. No party to this litigation objected to the above modification of the fact deposition schedule.

    Lupin appreciates the Court's attention to this matter.

Respectfully Submitted,

/s/ Stephen B. Brauerman

Stephen B. Brauerman (No. 4952)

SBB:cr
cc:    Counsel of Record

{BAY:02214691v1}

www.bayardlaw.com    Phone: (302) 655-5000    Fax: (302) 658-6395

So Ordered this 13th day of February, 2013

JOEL SCHNEIDER, USMJ