**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

    CHAMBERS OF                                       MITCHELL H. COHEN COURTHOUSE
**JOEL SCHNEIDER**                           1 John F. Gerry Plaza, Room 2060
UNITED STATES MAGISTRATE JUDGE              CAMDEN, NJ 08101-0887
                                                                    (856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
February 22, 2013

Jack B. Blumenfeld, Esquire        Richard D. Kirk, Esquire
Karen Jacobs Louden, Esquire      Stephen B. Brauerman, Esquire
Morris, Nichols, Arsht & Tunnell     Bayard, P.A.
1201 North Market Street          222 Delaware Avenue, Suite 900
P.O. Box 1347                          P.O. Box 25130
Wilmington, DE 19899              Wilmington, DE 1989

Frederick L. Cottrell, III, Esquire   Mary Matterer, Esquire
Steven Fineman, Esquire            Morris James LLP
Richards, Layton & Finger, PA     500 Delaware Avenue, Suite 1500
One Rodney Square                P.O. Box 2306
920 N. King Street               Wilmington, DE 19899-2306
Wilmington, DE 19801

        **Re:  Sciele Pharma, Inc., et al. v. Lupin, LTD, et al.**
             **Civil No. 09-37 (RBK/JS)**

Dear Counsel:

    The Court received the parties' recent letters [D.I. 648, 649]. For good cause shown, Lupin's response to plaintiff's motion to amend contentions shall be served by March 1, 2013. Plaintiff's reply shall be served by March 6, 2013. Oral argument on plaintiff's motion will be held on <u>March 11, 2013 at noon</u>, in Courtroom 3C. The parties shall advise the Court if the scheduled oral argument interferes with a Court Ordered deposition.

                                            Very truly yours,

                                            *s/ Joel Schneider*
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge

JS:jk
cc:  Hon. Robert B. Kugler