# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

(302) 658-9200
(302) 658-3989 FAX

**KAREN JACOBS LOUDEN**
(302) 351-9227
(302) 425-4681 FAX
klouden@mnat.com

February 27, 2013

**BY E-FILING AND FAX**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ  08101

     Re:    *Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 09-037-RBK-JS

Dear Magistrate Judge Schneider:

     We write on behalf of Plaintiff Shionogi regarding the Court's February 22, 2013 Order (D.I. 650) setting the briefing schedule and hearing date for Plaintiffs' Motion for Leave to Amend Contentions (D.I. 632).  We were surprised to receive Mylan's response (D.I. 651) to Plaintiffs' motion on February 22, 2013 despite the Court extending the deadline for opposition until March 1, 2013.  We reached out to Mylan to seek agreement that our reply to their response would be due on March 6, 2013 in accordance with the Court's Order.  Mylan has taken the position that the Order applies only to Lupin and requested that we provide an explanation for the need for an extension.

     We now seek clarification that the Court's Order encompasses the entirety of Plaintiffs' motion such that Plaintiffs' reply to both defendants is due on March 6, 2013 with the hearing on March 11, 2013 to include argument from all the parties.

Respectfully submitted,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

cc:    All Counsel of Record
7023427