# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**KAREN JACOBS LOUDEN**
(302) 351-9227
(302) 425-4681 FAX
klouden@mnat.com

March 4, 2013

***BY E-FILING AND FAX***

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

Re:     <u>Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.</u>, C.A. No. 09-037-RBK-JS

Dear Magistrate Judge Schneider:

On February 27, 2013, Lupin filed a 20-page letter to the Court "Regarding Various Discovery Issues," together with a Declaration in support thereof. (D.I. 659 and 660). Plaintiffs intend to oppose the relief sought in that letter. Plaintiffs wish to confirm that they may have the time set forth in the Delaware Local Rule 7.1.2(b) to file their opposition, such that their response would be due on March 18, 2013. Mylan has advised that it does not oppose this request, and as of the time of filing this letter, Lupin had not yet responded with its position.

Respectfully submitted,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

cc:     All Counsel of Record

7027270.2