# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681 FAX
klouden@mnat.com

March 5, 2013

**BY E-FILING AND FAX**

The Honorable Joel Schneider
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ  08101

      Re:   <u>Sciele Pharma, Inc., et al. v. Lupin Ltd., et al.</u>, C.A. No. 09-037-RBK-JS

Dear Magistrate Judge Schneider:

      Lupin's request to shorten the time allowed by the Delaware Local Rules for Plaintiffs' response to Lupin's motion to compel should be denied.  Indeed, Lupin's request is completely at odds with its own actions, having consistently and repeatedly over the last weeks requested and received extensions of time in which to provide discovery responses and briefing to the Court.

      Regarding Lupin's suggestion that oral argument currently set for March 11, on Plaintiffs' motion to amend contentions, should be rescheduled, Shionogi is willing to reschedule that argument to a date set by the Court.  However, in view of the fact that Shionogi has raised its own discovery issues with Lupin, and likely will be filing its own motion to compel to address those issues after the parties have completed the meet and confer process —Shionogi requests that the Court schedule a single session at the end of March for the resolution of all outstanding issues.

                              Respectfully submitted,

                                */s/ Karen Jacobs Louden*

                              Karen Jacobs Louden (#2881)

cc:     All Counsel of Record

7033201