**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
March 5, 2013

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 1989

Frederick L. Cottrell, III, Esquire
Steven Fineman, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

    **Re:  Sciele Pharma, Inc., et al. v. Lupin, LTD, et al.**
         **Civil No. 09-37 (RBK/JS)**

Dear Counsel:

    The Court agrees with the briefing and argument schedule proposed in Mr. Brauerman's March 4, 2013 letter [D.I. 677]. Oral argument on the issues raised in Lupin's February 27, 2013 letter [Doc. No. 659, 660] will be held on March 11, 2013 at noon, in Courtroom 3C. Until and unless otherwise Ordered by the Court all present scheduling deadlines shall remain in place.

    The parties are encouraged to resolve their deposition disputes before the scheduled oral argument. The Court's expectations regarding Rule 30(b)(6) depositions could not be clearer. See Harris v. New Jersey, 259 F.R.D. 89 (D.N.J. 2007); Costa v. County of Burlington, 254 F.R.D. 187 (D.N.J. 2008). It is

March 5, 2013
Page 2

distressing that on the eve of the fact discovery deadline the Court is presented with discovery disputes that could and should have been resolved long ago.  The Court is mindful that the parties waited until the eve of the fact discovery deadline to "squeeze in" depositions that could and should have been taken long ago.

                                          Very truly yours,

                                          *s/Joel Schneider*
                                          JOEL SCHNEIDER
                                          United States Magistrate Judge

JS:jk
cc:  Hon. Robert B. Kugler