IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LUPIN, LTD, et al.,<br><br>  Defendants. | Civil No. 09-37 (RBK/JS) |

### AMENDED SCHEDULING ORDER

IT IS this **7th** day of **March, 2013,** hereby **ORDERED**:

1. The Court has rescheduled the in-person oral argument on the motion to amend contentions and discovery disputes previously scheduled for March 11, 2013. The new date for the oral argument is **April 11, 2013 at 11:00 a.m.**, in Courtroom 3C.

2. All further briefing on the parties' outstanding discovery issues is STAYED pending further Order of the Court.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge