IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 09-037 (RBK) (JS) |
| ) | |
| LUPIN LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION REGARDING EXPERT DISCOVERY DEADLINES

IT IS HEREBY STIPULATED AND AGREED to, subject to the approval of the Court, by and among the undersigned counsel for Plaintiffs Sciele Pharma, Inc., n/k/a Shionogi, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc.-Florida), Andrx Pharmaceuticals, L.L.C., Andrx Pharmaceuticals, (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C. (collectively, "Plaintiffs") and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), that the Scheduling Order (D.I. 597) shall be amended as follows:

1. The party having the affirmative burden of proof on an issue shall serve its expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) by May 1, 2013.

2. Responsive expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by June 3, 2013.

3. Depositions of proposed expert witnesses shall be concluded by July 28, 2013.

All other deadlines remain in effect.

Filed: March 19, 2013

| RICHARDS, LAYTON & FINGER P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Jason J. Rawnsley* | */s/ Jennifer Ying* |
| Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>Jason J. Rawnsley (#5379)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>rawnsley@rlf.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jying@mnat.com |
| *Attorneys for Plaintiffs Andrx Corporation, Andrx Pharmaceuticals, Inc. (n/k/a Watson Laboratories, Inc. – Florida), Andrx Pharmaceuticals, L.L.C., Andrx Laboratories (NJ), Inc., Andrx EU, Ltd., and Andrx Labs, L.L.C.* | *Attorneys for Plaintiff Sciele* |

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

IT IS SO ORDERED THIS 25th day of March, 2013.

_____
The Honorable Joel Schneider
United States Magistrate Judge

7059241

2