IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN, LTD, et al., <br><br> Defendants. | Civil No. 09-37 (RBK/JS) |

**AMENDED SCHEDULING ORDER**

IT IS this **8th** day of **April, 2013**, hereby **ORDERED**:

1. The Court has rescheduled the in-person oral argument on the motion to amend contentions and discovery disputes previously scheduled for April 11, 2013. The new date for the oral argument is **May 14, 2013 at 3:00 p.m.**, in Courtroom 3C.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                              s/Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge