## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., *et al.*,  )<br>  )<br>     Plaintiffs, )<br>  )<br>  v.     )<br>  )<br>LUPIN LTD., *et al.*, )<br>  )<br>     Defendants. )<br>_____ ) | C.A. No. 09-037 (RBK) (JS)<br>(CONSOLIDATED) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearances *pro hac vice* of Erica Helms of Sterns & Weinroth as counsel of record on behalf of Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. in the above-captioned action. All other appearances of counsel shall remain the same. Please adjust your service lists accordingly.

Dated: April 15, 2013

OF COUNSEL:

Douglass C. Hochstetler
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 258-2629
dhochstetler@kelleydrye.com

Beth D. Jacob
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7624
bjacob@kelleydrye.com

BAYARD P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*