IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LUPIN, LTD, et al.,<br><br>    Defendants. | Civil No. 09-37 (RBK/JS) |

**AMENDED SCHEDULING ORDER**

IT IS this **1st** day of **May, 2013,** hereby **ORDERED:**

1.   The Court has rescheduled the in-person oral argument on the motion to amend contentions and discovery disputes previously scheduled for May 14, 2013.  The new date for the oral argument is **June 18, 2013 at 11:00 a.m.**, in Courtroom 3C.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge